UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISH NETWORK L.L.C.,<br><br>                     Plaintiff,<br><br>v.<br><br>AMERICAN BROADCASTING COMPANIES, INC., CBS CORPORATION, the FOX ENTERTAINMENT GROUP, INC., FOX TELEVISION HOLDINGS, INC., FOX CABLE NETWORK SERVICES, L.L.C., and NBCUNIVERSAL MEDIA, L.L.C.,<br><br>                     Defendants. | Civil Action No. 12 Civ. 4155 (LTS) (KNF) |

## DECLARATION OF GABRIELA KORNZWEIG

**GABRIELA KORNZWEIG,** pursuant to 28 U.S.C. § 1746, declares under penalty of perjury, as follows:

1. I am Vice President, Legal and Corporate Affairs for NBCUniversal Media, LLC ("NBCUniversal"), the *only* NBC entity that is a defendant in this action (the "New York Action"). In that position, I head the Corporate Secretary group within the NBCUniversal Law Department and oversee the processes regarding maintenance of corporate records and other corporate legal formalities, among other duties, which requires that I have a basic understanding of the operational role that different subsidiary entities carry out within the larger NBCUniversal corporate organization. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. Among other business endeavors, NBCUniversal operates the NBC Television Network, one of the four major commercial television broadcast networks in the United States.

NBCUniversal, through its NBC News division, also produces broadcast television news programs, including the *Dateline* and *Rock Center* prime time news programs.

3. NBC Studios LLC ("NBC Studios") produces or co-produces and distributes television series for broadcast networks and cable channels. Among its current prime time series for broadcast television are *30 Rock, Smash* and *Whitney*. NBC Studios is a subsidiary of NBCUniversal, but has its principal place of business in Universal City, California. NBC Studios is not a party to any contract with Dish Networks LLC ("Dish") regarding the retransmission of free, over the air broadcast television programming.

4. Universal Network Television LLC ("Universal Network Television") produces or co-produces and distributes television series for broadcast networks and cable channels. Among its current prime time series for broadcast television are *The Office* and *Law and Order SVU*. Universal Network Television, while an indirect subsidiary of NBCUniversal, has its principal place of business in Universal City, California. Universal Television Network is not a party to any contract with Dish regarding the retransmission of free, over the air broadcast television programming.

5. Open 4 Business Productions LLC ("Open 4 Business") produces or co-produces and distributes television series for broadcast networks and cable channels. Among its current prime time series for broadcast television are *Parks and Recreation* and *Grimm*. Open 4 Business, while also an indirect subsidiary of NBCUniversal, has its principal place of business in Universal City, California. Open 4 Business is not a party to any contract with Dish regarding the retransmission of free, over the air broadcast television programming.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 7, 2012
Universal City, California

_____
Gabriela Kornzweig