UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

DISH NETWORK LLC,

        Plaintiffs,

-v-                                            No. 12 Civ. 4155 (LTS)

AMERICAN BROADCASTING COMPANIES,
INC. et. al.,

        Defendants.

--------------------------------------------------------x

## ORDER

The time allocation for arguments at the July 2, 2012, hearing are as follows:

Dish Network: 20 minutes

Movants (collectively): 20 minutes

        SO ORDERED.

Dated: New York, New York
             July 2, 2012

                                                            LAURA TAYLOR SWAIN
                                                            United States District Judge