AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| ABC, Inc., American Broadcasting Companies, Inc., and Disney Enterprises, Inc.<br>*Plaintiff*<br>v.<br>DISH Network Corporation, and DISH Network, L.L.C.,<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 12-cv-4155<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DISH Network Corporation
9601 South Meridian Blvd.
Englewood, CO 80112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kevin T. Baine, Esq.
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
*CLERK OF COURT*

Date: JUN 2 2 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-cv-4155

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DISH Network Corporation
was received by me on *(date)* June 25, 2012.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or    Clerk

☒ I served the summons on *(name of individual)* Narae Lee, Assistant Managing , who is
designated by law to accept service of process on behalf of *(name of organization)* DISH Network Corporation
(by their attorneys Orrick)     on *(date)* 06-25-12 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: June 29, 2012

*Connie Asaro*  *Server's signature*

*Printed name and title*
Keating & Walker Attorney Service
One Beekman Street, Suite 406
New York, New York 10038
212.964.6444
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABC, INC.; ET AL.,

                      Plaintiff(s),

   -against-

DISH NETWORK CORPORATION;
ET ANO.,

                    Defendant(s).
------------------------------------------------------------X

Civil Action No. 12-cv-4155

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                           s.s :
COUNTY OF NEW YORK  )

      CONNIE ASARO, being duly sworn, deposes and says that she is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
      That on the 25th day of June, 2012, at approximately 4:16 p.m., deponent served a true copy of the **Summons in a Civil Action; Answer & Counterclaims with Schedule together with Rule 7.1 Statement** upon DISH Network Corporation c/o Orrick-Attention: Elyse Echtman (Attorneys for DISH) at 51 West 52nd Street, New York, New York 10019 by personally delivering and leaving the same with Narae Lee, Assistant Managing Clerk, who stated that she is authorized to accept service.
      Narae Lee is an olive-skinned Asian female, approximately 25 years of age, is approximately 5 feet and 7 inches tall, weighs approximately 125 pounds, with long dark brown hair and dark eyes.

Sworn to before me this
27th day of June, 2012

CONNIE ASARO #1126351

NOTARY PUBLIC, STATE OF NEW YORK
MICHAEL J. KEATING
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2014