Swain/ ͡

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 5 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DISH NETWORK L.L.C.,

                Plaintiff,

     v.

AMERICAN BROADCASTING
COMPANIES, INC., CBS CORPORATION,
the FOX ENTERTAINMENT GROUP, INC.,
FOX TELEVISION HOLDINGS, INC., FOX
CABLE NETWORK SERVICES, L.L.C., and
NBCUNIVERSAL MEDIA, L.L.C.,

                Defendants.

Civil Action No. 12 Civ. 4155 (LTS) (KNF)

ECF CASE

**STIPULATION AND ORDER
EXTENDING TIME OF CBS AND NBCU
TO RESPOND TO COMPLAINT**

      WHEREAS Plaintiff DISH Network LLC ("DISH") has requested that defendants stipulate to permit it to file an amended complaint in this action;

      WHEREAS the parties are in the process of meeting and conferring with respect to that request;

      WHEREAS the answer or other response of defendants CBS Corporation ("CBS") and NBCUniversal Media, LLC ("NBCU") to the current complaint is presently due on July 23, 2012; and

      WHEREAS the undersigned parties wish to avoid unnecessary motions and pleadings in this action;

      THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the DISH, CBS and NBCU that the time for CBS and NBCU to answer, move or otherwise respond with respect to the operative complaint in the above-captioned action

4744359.1

is hereby extended to and including the earlier of (a) 14 days following DISH's filing an amended complaint herein, whether on consent or by leave of Court, or (b) 14 days following a ruling on a motion by DISH for leave to amend its complaint that denies such leave.

The parties may execute this Stipulation in separate counterparts, each of which shall be deemed an original instrument, and facsimile or e-mail copies shall be treated as originals.

DATED: New York, NY
July 20, 2012

ORRICK HERRINGTON & SUTCLIFFE LLP

By: _____
Elyse D. Echtman (eechtman@orrick.com)
Orrick Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

*Attorneys for Plaintiff*
*DISH Network L.L.C.*

MITCHELL SILBERBERG & KNUPP LLP

By: _____
Jane G. Stevens (jgs@msk.com)
Jeffrey M. Movit (jmm@msk.com)
Mitchell Silberberg & Knupp LLP
12 East 49th Street - 30th Floor
New York, NY 10017
Telephone: (212) 509-3900
Facsimile: (212) 509-7239

*Attorneys for Defendants CBS Corporation*
*and NBCUniversal Media, L.L.C.*

SO ORDERED:

_____
U.S.D.J.
July 25, 2012

4744359.1