UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

DISH NETWORK, L.L.C.,

        Plaintiffs,

-v-                                           No. 12 Civ. 4155 (LTS)(KNF)

AMERICAN BROADCASTING COMPANIES,
INC. et al.,

        Defendants.

--------------------------------------------------------x

ORDER

The Scheduling Order, courtesy copies of which were given to the parties at the August 3, 2012, Initial Pre-trial Conference, has been uploaded to ECF as Scheduling Order No. 1.

SO ORDERED.

Dated: New York, New York
          August 3, 2012

                                              LAURA TAYLOR SWAIN
                                              United States District Judge