UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISH NETWORK L.L.C.,<br><br>                Plaintiff,<br><br>     v.<br><br>AMERICAN BROADCASTING COMPANIES, INC., CBS CORPORATION, the FOX ENTERTAINMENT GROUP, INC., FOX TELEVISION HOLDINGS, INC., FOX CABLE NETWORK SERVICES, L.L.C., and NBCUNIVERSAL MEDIA, L.L.C.,<br><br>                Defendants.<br><br>ABC, INC., AMERICAN BROADCASTING COMPANIES, INC., and DISNEY ENTERPRISES, INC.,<br><br>                Counterclaimants,<br>     v.<br><br>DISH NETWORK CORPORATION and DISH NETWORK L.L.C.,<br><br>                Counterclaim Defendants. | 12. Civ. 4155(LTS) (KNF)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

     Please enter the appearance of the undersigned attorney as counsel of record for plaintiff DISH Network L.L.C. and counterclaim defendant DISH Network Corporation in the above-captioned matter.

I certify that I am admitted to practice in this Court.

Dated:  August 8, 2012

                              Respectfully submitted,

                              ORRICK, HERRINGTON & SUTCLIFFE LLP

                    By: /s/ *Lisa T. Simpson*
                              Lisa T. Simpson
                              51 West 52nd Street
                              New York, New York 10019
                              Telephone: (212) 506-5000
                              Fax: (212) 506-5151
                              Email: lsimpson@orrick.com

                              Attorneys for Plaintiff
                                  *DISH Network L.L.C.*