RECEIVED AUG 10 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 3 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DISH NETWORK L.L.C.,

        Plaintiff,

v.

AMERICAN BROADCASTING COMPANIES, INC., CBS CORPORATION, the FOX ENTERTAINMENT GROUP, INC., FOX TELEVISION HOLDINGS, INC., FOX CABLE NETWORK SERVICES, L.L.C., and NBCUNIVERSAL MEDIA, L.L.C.,

        Defendants.

---

ABC, INC., AMERICAN BROADCASTING COMPANIES, INC., and DISNEY ENTERPRISES, INC.,

        Counterclaimants,

v.

DISH NETWORK CORPORATION and DISH NETWORK L.L.C.,

        Counterclaim Defendants.

---

12 Civ. 4155 (LTS) (KNF)

**STIPULATION TO AMEND THE COMPLAINT AND MODIFY THE CASE CAPTION**

---

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties, pursuant to Fed. R. Civ. P. 15(a), that DISH Network L.L.C. ("DISH") may amend its complaint in this action by filing the attached proposed first amended complaint. This stipulation is made with reservation of all rights by all parties, and by stipulating to permit DISH to amend, no party waives any rights.

    IT IS FURTHER STIPULATED AND AGREED that the names of Fox Entertainment Group, Inc., Fox Television Holdings, Inc. and Fox Cable Network Services, L.L.C. should be

removed from the case caption as defendants on DISH's declaratory judgment claims, and the names of ABC, Inc. and Disney Enterprises, Inc. should be added to the case caption as defendants on DISH's declaratory judgment claims. Pursuant to the Court's Memorandum Opinion and Order dated July 9, 2012 (Dkt. #90), those Fox entities are no longer parties to this action. In its first amended complaint, DISH is adding declaratory judgment claims against ABC, Inc. and Disney Enterprises, Inc. The case caption of DISH's proposed first amended complaint does not contain the Fox entities, and does contain ABC, Inc. and Disney Enterprises, Inc., and the parties respectfully request that the Court direct the Clerk of the Court to change the case caption in the records of this Court accordingly.

IT IS FURTHER STIPULATED AND AGREED that counsel for ABC, Inc. and Disney Enterprises, Inc. consent to accept service of the summons and first amended complaint in this action on behalf of ABC, Inc. and Disney Enterprises, Inc.

DISH's proposed first amended complaint, including the modified case caption, is attached hereto as Exhibit 1.

Dated: August 9, 2012

**Orrick, Herrington & Sutcliffe LLP**

*[signature]*

Peter A. Bicks
pbicks@orrick.com
E. Joshua Rosenkranz
jrosenkranz@orrick.com
Elyse D. Echtman
eechtman@orrick.com
51 West 52nd Street
New York, New York 10019-6142
Tel. (212) 506-5000

*Attorneys for DISH Network L.L.C. and DISH Network Corporation*

**Mitchell Silberberg & Knupp LLP**

*[signature]*

Jane G. Stevens
jgs@msk.com
Robert R. Rotstein
rxr@msk.com
Patricia H. Benson
phb@msk.com
12 East 49th Street 30th Floor
New York NY 10017
Tel. (212) 509-3900

*Attorneys for CBS Corporation and NBCUniversal Media, L.L.C.*

2

Williams & Connolly LLP

*(signature)*

Kevin T. Baine
kbaine@wc.com
Thomas Hentoff
thentoff@wc.com
Hannah M. Stott-Bumsted
hstott-bumsted@wc.com
Stephen J. Fuzesi
sfuzesi@wc.com
725 Twelfth Street, N.W.
Washington, DC 2005
Tel. (202) 434-5029

*Attorneys for American Broadcasting Companies, Inc., ABC, Inc., and Disney Enterprises, Inc.*

IT IS SO ORDERED, this 10th day of August, 2012.

*(signature)*

HON. LAURA TAYLOR SWAIN
United States District Judge