UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISH NETWORK L.L.C.,<br><br>     Plaintiff,<br>v.<br><br>ABC, INC., AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., CBS CORPORATION, and NBCUNIVERSAL MEDIA, L.L.C.,<br><br>     Defendants.<br><br>ABC, INC., AMERICAN BROADCASTING COMPANIES, INC., and DISNEY ENTERPRISES, INC.,<br><br>     Counterclaimants,<br>v.<br><br>DISH NETWORK CORPORATION, and DISH NETWORK, L.L.C.,<br><br>     Counterclaim Defendants. | Case No.   12 Civ. 4155 (LTS) (KNF)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of NBCUniversal Media, L.L.C.'s ("NBCU") Motion to Transfer DISH Network L.L.C.'s ("DISH") Declaratory Judgment Claim Against It to the Central District of California, the Declaration of Jane G. Stevens dated August 28, 2012, the prior pleadings and proceedings in this action, and the pleadings and proceedings in the related action captioned *NBC Studios, LLC, et al. v. Dish Network Corporation and Dish Network L.L.C.*, Case No. CV 12-4536 DMG, in the Central District of California, Defendant NBCU will move this Court before the Honorable

Laura Taylor Swain, United States District Judge for the Southern District of New York, Courtroom 11C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order transferring the declaratory judgment claim stated against NBCU to the Central District of California pursuant to 28 U.S.C. § 1404(a).

DATED: New York, New York
August 29, 2012

MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Jane G. Stevens
Jane G. Stevens
jgs@msk.com
12 East 49th Street, 30th Floor
New York, New York 10017-1028
Telephone: (212) 509-3900
Facsimile: (212) 509-7239
Attorneys for Defendant
NBCUNIVERSAL MEDIA, L.L.C.

4809401.1