OAO 154 (10/03) Substitution of Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 11 2012

# UNITED STATES DISTRICT COURT

___for the Southern___   District of   ___New York___

| | | |
|---|---|---|
| DISH NETWORK, L.L.C. | | **CONSENT ORDER GRANTING** |
| | Plaintiff(s), | **SUBSTITUTION OF ATTORNEY** |
| V. | | |
| ABC, Inc. et al. | | CASE NUMBER: 12 Civ. 4155 (LTS) (KNF) |
| | Defendant(s), | |

Notice is hereby given that, subject to approval by the court, ___Defendant CBS Corporation___ substitutes
(Party (s) Name)

___Jonathan Schiller (NY Bar No 4523460) and Hamish Hume (NY Bar No 2834182)___ as counsel of record in
(Name of New Attorneys)

place of: ___the Mitchell Silberberg & Knupp LLP Law Firm and attorneys J. Matthew D. Williams, Jane G Stevens, Jean Pierre Nogues, Jeffrey M. Movit, Patricia H. Benson, and Robert H. Rotstein___
(Name of Attorneys Withdrawing Appearance)

Contact information for new counsel is as follows:

Attorney Name:   Jonathan Schiller
Firm Name:       Boies, Schiller, and Flexner LLP
Address:         575 Lexington Avenue, 7th Floor, New York, NY 10022
Telephone:       (212) 446-2300          Facsimile: (212) 446-2350
E-Mail (Optional): jschiller@bsfllp.com

Attorney Name:   Hamish Hume
Firm Name:       Boies, Schiller, and Flexner LLP
Address:         5301 Wisconsin Ave., NW, Suite 800, Washington, DC 20015
Telephone:       (202) 237-2727          Facsimile: (202) 237-6131
E-Mail (Optional): hhume@bsfllp.com

I consent to the above substitution.

Date:   September 7, 2012

_Anthony Bongiorno_
Senior Vice President & Associate General Counsel, Litigation
CBS Corporation

I consent to being substituted.

Date:   September 7, 2012

_J. Matthew D. Williams_

_Jane G Stevens_

_Jean Pierre Nogues_

_Jeffrey M. Movit_

_Patricia H. Benson_

_____
Robert H. Rotstein

I consent to the above substitution.

Date:     September 7, 2012

_____
Jonathan Schiller

_____
Hamish Hume

I, Hamish Hume, hereby represent that I have been authorized to sign on behalf of each of the above individuals.

Date:     September 7, 2012

_____
Hamish Hume

The substitution of attorney is hereby approved and so ORDERED.

Date:     September 10, 2012

_____
Judge