UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
DISH NETWORK, L.L.C.,

       Plaintiffs,

-v-                                          No. 12 Civ. 4155 (LTS)(KNF)

AMERICAN BROADCASTING COMPANIES,
INC. et al.,

       Defendants.

-------------------------------------------------------x
CBS BROADCASTING INC. et al.,

       Plaintiffs,

-v-                                          No. 12 Civ. 6812 (LTS)(KNF)

DISH NETWORK, L.L.C.,,

       Defendants.

-------------------------------------------------------x

## ORDER CONSOLIDATING CASES

       The Court has received the parties' joint request to consolidate these above-captioned cases. It is hereby ORDERED as follows:

### A. CONSOLIDATION

1. The above-captioned actions are consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a). The consolidated cases shall be referred to collectively as In re AutoHop Litigation, Master File 12 Civ. 4155 (LTS)(KNF).

2. No action taken hereunder shall have the effect of making any person, firm or corporation a

party to any action in which the person or entity has not been named, served, or added as such in accordance with the Federal Rules of Civil Procedure.

## B. MASTER DOCKET AND SEPARATE ACTION DOCKETS

1. A Master Docket is hereby established for the consolidated proceedings in the actions consolidated herein and any other actions subsequently consolidated with them for pretrial purposes (the "Consolidated Actions"). Entries in said Master Docket shall be applicable to the Consolidated Actions, and entries shall be made therein in accordance with the regular procedures of the Clerk of this Court, except as modified by this Order.

## C. MASTER FILE AND SEPARATE ACTION FILES

1. A Master File is hereby established for the consolidated proceedings in the Consolidated Actions. The Master File shall be Civil Action No. 12 Civ. 4155 (LTS)(KNF). The original of this Order shall be docketed by the Clerk of Court in the Master File herein established.

2. The Clerk shall maintain a separate file for each of the Consolidated Actions, and filings shall be made therein in accordance with the regular procedures of the Clerk of this Court except as modified by this Order. The Clerk shall docket a copy of this Order in each such separate file. Once the Clerk has docketed this Order, counsel of record in each of the Consolidated Actions will receive a Notice of Electronic Filing.

## D. NEWLY FILED OR TRANSFERRED ACTIONS

The Court requests the assistance of counsel in calling to the attention of the Clerk the filing or transfer of any case which might properly be consolidated with these actions.

## F. CAPTIONS

1. Every pleading filed in the Consolidated Action, and in any separate action included therein,

shall bear the following caption:

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x
IN RE AUTOHOP LITIGATION       :
                               :                MASTER FILE
                               :                12 Civ. 4155 (LTS)(KNF)
This Document Relates To:      :
                               :
                               :
                               :
_____ x
```

2. When a pleading is intended to be applicable to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption. When a pleading is intended to apply to fewer than all of such actions, the docket number for each individual action to which it is intended to apply and the name of the plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption.

## G. FILING AND DOCKETING PAPERS

When a pleading or other paper is filed, the parties shall electronically file such paper pursuant to this Court's Guidelines and Amended Instructions for Electronic Case Filing. When the caption, pursuant to this Order, must show that it is applicable to "Both Actions," the parties shall file such paper in the Master File only. Docket entries shall not be made to each separate action. If the caption shows that it is applicable to fewer than "Both Actions," the parties shall file such paper in the Master File and electronically file such paper to the action to which it applies.

SO ORDERED.

Dated: New York, New York
       October 3, 2012

_____
LAURA TAYLOR SWAIN
United States District Judge