**Schedule A – Disney Enterprises, Inc. & American Broadcasting Companies, Inc.**
**Illustrative Copyright Registrations**

|  | Program Title | Copyright Registration No. | Copyright Registration Date | Copyright Owner |
|---|---|---|---|---|
| 1. | Body of Proof: "Your Number's Up" | PA-1-769-855 | 12/27/2011 | Disney Enterprises, Inc. |
| 2. | Body of Proof: "Sympathy For The Devil" | PA-1-776-207 | 02/08/2012 | Disney Enterprises, Inc. |
| 3. | Body of Proof: "Going Viral, Part 1" | PA-1-783-625 | 04/16/2012 | Disney Enterprises, Inc. |
| 4. | Body of Proof: "Going Viral, Part 2" | PA-1-783-628 | 04/16/2012 | Disney Enterprises, Inc. |
| 5. | Body of Proof: "Identity" | PA-1-783-635 | 04/16/2012 | Disney Enterprises, Inc. |
| 6. | Castle: "Cops & Robbers" | PA-1-770-768 | 01/04/2012 | Disney Enterprises, Inc. |
| 7. | Castle: "A Dance With Death" | PA-1-783-631 | 04/16/2012 | Disney Enterprises, Inc. |
| 8. | Castle: "47 Seconds" | PA-1-783-637 | 04/16/2012 | Disney Enterprises, Inc. |
| 9. | Castle: "The Limey" | PA-1-783-634 | 04/16/2012 | Disney Enterprises, Inc. |
| 10. | Cougar Town: "A One Story Town" | PA-1-784-283 | 04/17/2012 | Disney Enterprises, Inc. |
| 11. | Cougar Town: "Something Big" | PA-1-784-284 | 04/17/2012 | Disney Enterprises, Inc. |
| 12. | Cougar Town: "You Can Still Change Your Mind" | PA-1-784-281 | 04/17/2012 | Disney Enterprises, Inc. |

|  | **Program Title** | **Copyright Registration No.** | **Copyright Registration Date** | **Copyright Owner** |
|---|---|---|---|---|
| 13. | Cougar Town:<br>"Full Moon Fever" | PA-1-784-282 | 04/17/2012 | Disney Enterprises, Inc. |
| 14. | Desperate Housewives:<br>"She Needs Me" | PA-1-783-723 | 04/16/2012 | Disney Enterprises, Inc. |
| 15. | Desperate Housewives:<br>"You Take For Granted" | PA-1-783-721 | 04/16/2012 | Disney Enterprises, Inc. |
| 16. | Desperate Housewives:<br>"Women And Death" | PA-1-783-717 | 04/16/2012 | Disney Enterprises, Inc. |
| 17. | Desperate Housewives:<br>"Any Moment" | PA-1-783-735 | 04/16/2012 | Disney Enterprises, Inc. |
| 18. | Desperate Housewives:<br>"With So Little To Be Sure Of" | PA-1-783-715 | 04/16/2012 | Disney Enterprises, Inc. |
| 19. | GCB:<br>"Pilot" | PA-1-783-842 | 04/16/2012 | Disney Enterprises, Inc. |
| 20. | GCB:<br>"Hell Hath No Fury" | PA-1-783-859 | 04/16/2012 | Disney Enterprises, Inc. |
| 21. | GCB:<br>"Love Is Patient" | PA-1-783-857 | 04/16/2012 | Disney Enterprises, Inc. |
| 22. | GCB:<br>"A Wolf In Sheep's Clothing" | PA-1-783-847 | 04/16/2012 | Disney Enterprises, Inc. |
| 23. | GCB:<br>"Forbidden Fruit" | PA-1-783-856 | 04/16/2012 | Disney Enterprises, Inc. |
| 24. | Grey's Anatomy:<br>"This Magic Moment" | PA-1-774-913 | 02/07/2012 | Disney Enterprises, Inc. |
| 25. | Grey's Anatomy:<br>"Hope For The Hopeless" | PA-1-774-907 | 02/07/2012 | Disney Enterprises, Inc. |
| 26. | Grey's Anatomy:<br>"One Step Too Far" | PA-1-783-541 | 04/16/2012 | Disney Enterprises, Inc. |

|  | **Program Title** | **Copyright Registration No.** | **Copyright Registration Date** | **Copyright Owner** |
|---|---|---|---|---|
| 27. | Grey's Anatomy: "If/Then" | PA-1-776-109 | 02/14/2012 | Disney Enterprises, Inc. |
| 28. | Grey's Anatomy: "All You Need Is Love" | PA-1-783-544 | 04/16/2012 | Disney Enterprises, Inc. |
| 29. | Grey's Anatomy: "The Lion Sleeps Tonight" | PA-1-783-534 | 04/16/2012 | Disney Enterprises, Inc. |
| 30. | Once Upon a Time: "Dreamy" | PA-1-783-598 | 04/16/2012 | Disney Enterprises, Inc. |
| 31. | Once Upon a Time: "Red-Handed" | PA-1-783-610 | 04/16/2012 | Disney Enterprises, Inc. |
| 32. | Once Upon a Time: "Heart Of Darkness" | PA-1-783-611 | 04/16/2012 | Disney Enterprises, Inc. |
| 33. | Once Upon a Time: "Hat Trick" | PA-1-783-853 | 04/16/2012 | Disney Enterprises, Inc. |
| 34. | Once Upon a Time: "7:15" | PA-1-775-991 | 02/08/2012 | Disney Enterprises, Inc. |
| 35. | Once Upon a Time: "What Happened To Frederick" | PA-1-783-602 | 04/16/2012 | Disney Enterprises, Inc. |
| 36. | Private Practice: "The Letting Go" | PA-1-783-731 | 04/16/2012 | Disney Enterprises, Inc. |
| 37. | Private Practice: "Too Much" | PA-1-783-630 | 04/16/2012 | Disney Enterprises, Inc. |
| 38. | Private Practice: "You Break My Heart" | PA-1-783-725 | 04/16/2012 | Disney Enterprises, Inc. |
| 39. | Scandal: "Sweet Baby" | PA-1-784-657 | 04/17/2012 | Disney Enterprises, Inc. |
| 40. | Scandal: "Dirty Little Secrets" | PA-1-789-687 | 05/16/2012 | Disney Enterprises, Inc. |

|  | **Program Title** | **Copyright Registration No.** | **Copyright Registration Date** | **Copyright Owner** |
|---|---|---|---|---|
| 41. | Scandal: "Hell Hath No Fury" | PA-1-789-696 | 05/16/2012 | Disney Enterprises, Inc. |
| 42. | Scandal: "Enemy of the State" | PA-1-789-686 | 05/16/2012 | Disney Enterprises, Inc. |
| 43. | America's Funniest Home Videos (2203) | PA-1-771-105 | 01/04/2012 | American Broadcasting Companies, Inc. |
| 44. | America's Funniest Home Videos (2205) | PA-1-771-128 | 01/04/2012 | American Broadcasting Companies, Inc. |
| 45. | America's Funniest Home Videos (2208) | PA-1-773-217 | 02/07/2012 | American Broadcasting Companies, Inc. |