November 9, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 4 2012
```

BY FACSIMILE

The Honorable Laura Taylor Swain
United States District Judge
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re:   *In re AutoHop Litigation*, Master File No. 12 Civ. 4155 (LTS)(KNF)
      **This Document Relates to:** *DISH Network L.L.C. v. American
      Broadcasting Companies, Inc., et al.*, No. 12-cv-4155 (LTS)(KNF)

**Joint Letter Application To Set Briefing Schedule and Page
Limitations For Briefing Relating to ABC's Preliminary Injunction
Motion**

Dear Judge Swain:

      Undersigned counsel represent defendants/counterclaim plaintiffs the ABC Parties (ABC, Inc., American Broadcasting Companies, Inc., and Disney Enterprises, Inc. (the "ABC Parties") and plaintiff/counterclaim defendant DISH Network L.L.C. and counterclaim defendant DISH Network Corporation (the "DISH Parties") (collectively, "the Parties"). The Parties submit this joint letter application requesting the Court's approval of a jointly-agreed upon briefing schedule and page limitations for briefing to be filed in connection with the ABC Parties' motion for a preliminary injunction motion (the "ABC PI Motion").

      Consistent with this Court's Scheduling Order, as amended on October 10, 2012, the ABC Parties will file the ABC PI Motion on or before November 23, 2012. The Parties wish to ensure that the briefing submitted by both sides in connection with the ABC PI Motion is helpful to the Court in resolving that motion and that it clearly and concisely sets forth, and responds to, the Parties' arguments. In order to accomplish these goals, the Parties respectfully submit that an extension to the filing deadlines set forth in Local Rule 6.1 and Your Honor's Individual Practice Rule 2(f) and an extension to the page limitations set forth in Individual Practice Rule 2(h) is appropriate.

      The Parties have worked cooperatively to agree on a proposed briefing schedule and proposed page limitations, set forth below, in connection with the ABC PI Motion. The Parties believe that their proposal will ensure that the briefing that is ultimately submitted to the Court

The Honorable Laura Taylor Swain
November 9, 2012
Page 2

sets forth the Parties' respective arguments as clearly and concisely as possible. Accordingly, the Parties respectfully request that the Court approve the following proposed schedule:

| Brief | Filing Deadline | Page Limitation |
| --- | --- | --- |
| ABC PI Motion | November 23, 2012 | 40 pages |
| DISH Opposition to ABC PI Motion | December 21, 2012 | 40 pages |
| ABC Reply in Support of ABC PI Motion | January 15, 2013 | 16 pages |

The requested schedule set forth herein will not affect any other pretrial deadline set by the Court.

The Parties thank the Court for its consideration of this request and are available if the Court has any questions.

Respectfully submitted,

_____        _____
Hannah M. Stott-Bumsted                Elyse D. Echtman /HSB
Williams & Connolly LLP                Orrick, Herrington & Sutcliffe LLP
725 12th Street, N.W.                  51 West 52nd Street
Washington, DC 20008                   New York, NY 10019

*Counsel for the ABC Parties*          *Counsel for the DISH Parties*

cc:   Magistrate Judge Kevin Nathaniel Fox (by facsimile)

The proposed schedule and page limits are approved.

SO ORDERED.

NEW YORK, NY
NOV 13, 2012
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE