**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE AUTOHOP LITIGATION | MASTER FILE<br>12 Civ. 4155 (LTS)(KNF)<br><br>ORAL ARGUMENT REQUESTED |
| This Document Relates To:<br><br>Dish Network L.L.C. v. American Broadcasting Companies, Inc., et al., Civil Action No. 12-cv-4155 (LTS)(KNF) | |

**NOTICE OF MOTION OF ABC, INC., AMERICAN BROADCASTING**
**COMPANIES, INC., AND DISNEY ENTERPRISES, INC.**
**<u>FOR A PRELIMINARY INJUNCTION</u>**

PLEASE TAKE NOTICE that pursuant to Rule 65 of the Federal Rules of Civil

Procedure, and upon the accompanying Declarations of Thomas G. Hentoff, Justin Connolly,

Mark Loughney, Patrick McGovern, and Marsha Reed, the Exhibits thereto, and the

accompanying Memorandum, Counterclaim-Plaintiffs ABC, Inc., American Broadcasting

Companies, Inc., and Disney Enterprises, Inc. will move this Court, on a date to be determined,

before the Honorable Laura Taylor Swain at the Daniel Patrick Moynihan Courthouse, 500 Pearl

Street, New York, New York 10007, Courtroom 11C, for entry of an order granting them a

preliminary injunction.

Dated: November 23, 2012

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____/s_____

    Kevin T. Baine
    Thomas G. Hentoff (admitted *pro hac vice*)
    Hannah M. Stott-Bumsted
    Stephen J. Fuzesi
    Julia H. Pudlin (admitted *pro hac vice*)

    725 Twelfth Street, N.W.
    Washington, DC 20005
    Telephone: (202) 434-5000
    Facsimile: (202) 434-5029
    E-Mail: kbaine@wc.com

*Attorneys for ABC, Inc., American Broadcasting Companies, Inc. and Disney Enterprises, Inc.*