

**O**
**ORRICK**

MEMO ENDORSED

RECEIVED
NOV 1 2012
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/12

ORRICK, HERRINGTON & SUTCLIFFE LLP
51 WEST 52ND STREET
NEW YORK, NEW YORK 10019-6142

tel +1-212-506-5000
fax +1-212-506-5151

WWW.ORRICK.COM

November 16, 2012

Elyse D. Echtman
(212) 506-3753
eechtman@orrick.com

**VIA FACSIMILE**

The Honorable Laura T. Swain
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *In re AutoHop Litigation*, No. 12 Civ. 4155 (LTS)(KNF)
     This Document Relates to DISH Network L.L.C., 12 Civ. 4155 (LTS)(KNF)

**Joint Letter Application to Extend Deadlines relating to E-Discovery Protocols to November 30 and December 19**

Dear Judge Swain:

Undersigned counsel represent DISH Network L.L.C., DISH Network Corporation, EchoStar Technologies L.L.C. (the "DISH Parties"), ABC, Inc., American Broadcasting Companies, Inc., Disney Enterprises, Inc. (the "ABC Parties"), CBS Corporation, CBS Broadcasting, Inc., CBS Studios Inc., Survivor Productions, L.L.C. (the "CBS Parties") and NBCUniversal Media, L.L.C. ("NBC") (collectively, the "Parties").

The Parties submit this joint letter application requesting that the Court approve the Parties' agreement to extend two deadlines set forth in Paragraph 12(c) of the Court's August 3, 2012 Pre-Trial Scheduling Order. The Parties previously requested an extension of these two deadlines by letter to the Court dated October 25, 2012.

Paragraph 12(c) of the Pre-Trial Scheduling Order requires that the Parties use their best efforts to agree on e-discovery protocols by October 26, 2012. The Parties previously requested that this deadline be extended until November 16, 2012. The Parties now request that this deadline be extended to November 30, 2012. Paragraph 12(c) also requires that the Parties submit any disputed issues that have arisen in the negotiation of the e-discovery protocol to Judge Fox by November 14, 2012. The Parties previously requested that this deadline be extended until December 5, 2012. The Parties now request that this deadline be extended to December 19, 2012.

11/21/12
Application granted.
SO ORDERED:
/s/ Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.




ORRICK

The Honorable Laura T. Swain
November 16, 2012
Page 2

    The Parties are cooperating and collaborating with respect to a joint electronic discovery protocol. The Parties request the additional time noted above to complete their discussions and finalize the protocol before submitting it to the Court.

    The extensions requested herein will not affect any other pretrial deadline set by the Court.

    The Parties thank the Court for its consideration and are available if the Court has any questions.

Respectfully submitted,

*Elyse D. Echtman /BAS*
Elyse D. Echtman
Orrick, Herrington & Sutcliffe L.L.P.
51 West 52nd Street
New York, New York 10019

*Counsel for the DISH Parties*

*Hannah M. Stott-Bumsted /BAS*
Hannah M. Stott-Bumsted
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20008

*Counsel for the ABC Parties*

*Hamish Hume /BAS*
Hamish Hume
Boies Schiller & Flexner L.L.P.
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

*Counsel for the CBS Parties*

*Jane G. Stevens /BAS*
Jane G. Stevens
Mitchell Silberberg & Knupp L.L.P.
12 East 49th Street
New York, New York 10017

*Counsel for NBC*

cc:    Magistrate Judge Kevin Nathaniel Fox (by facsimile)