```
                                                        ┌─────────────────────────────┐
                                                        │ USDC SDNY                   │
                                                        │ DOCUMENT                    │
                                                        │ ELECTRONICALLY FILED        │
                           LAW OFFICES                  │ DOC #: _____    │
                    WILLIAMS & CONNOLLY LLP             │ DATE FILED: JAN 1 0 2013    │
                     725 TWELFTH STREET, N.W.           └─────────────────────────────┘
```

THOMAS G. HENTOFF  
(202) 569-8441  
(202) 824-4190  
THentoff@wc.com

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

January 9, 2013

BY FACSIMILE

The Honorable Laura Taylor Swain
United States District Judge
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007



MEMO ENDORSED

Re:  *In re AutoHop Litigation*, Master File No. 12 Civ. 4155 (LTS)(KNF)
     **This Document Relates to:** *DISH Network L.L.C. v. American Broadcasting Companies, Inc., et al.*, No. 12-cv-4155 (LTS)(KNF)

     **Letter Seeking the Court's Approval for Physical Filing of Under-Seal Preliminary Injunction Reply on January 16, 2013**

Dear Judge Swain:

  Undersigned counsel represent defendants/counterclaim plaintiffs the ABC Parties (ABC, Inc., American Broadcasting Companies, Inc., and Disney Enterprises, Inc.) in the above-captioned matter.

  The ABC Parties' Reply in support of their Motion for a Preliminary Injunction is due on January 15, 2013, *see* Joint Letter Application, ECF No. 147, and the ABC Parties will serve the Reply and supporting papers electronically on all Parties that day. Because the Reply will contain information designated as Confidential and Highly Confidential, it cannot be filed electronically and must be physically filed under seal pursuant to the Stipulated Protective Order. We request the Court's permission to file the Reply and supporting papers under seal on January 16, 2013, which is the same day we will be supplying the Court with its courtesy copies. The DISH Parties have consented to this request.

  Based on the foregoing, we respectfully request that the Court endorse this letter.

WILLIAMS & CONNOLLY LLP
The Honorable Laura Taylor Swain
January 9, 2013
Page 2

   We thank the Court for its consideration of this request and are available if the Court has any questions.

                   Respectfully submitted,

                   *Thomas G. Hentoff*

                   Thomas G. Hentoff
                   Williams & Connolly LLP
                   725 12th Street, N.W.
                   Washington, DC 20005

                   *Counsel for the ABC Parties*

cc: All Counsel (by facsimile)
   Magistrate Judge Kevin Nathaniel Fox (by facsimile)

*The request to authorize sealed filing of the unredacted versions of the referenced papers is granted. Redacted copies must be filed on ECF.*

SO ORDERED.

NEW YORK, NY
Jan 10, 2013

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE