# BOIES, SCHILLER & FLEXNER LLP

5301 WISCONSIN AVENUE, N.W. • WASHINGTON, D.C. 20015-2015 • PH 202 237 2727 • FAX 202 237.6131

January 8, 2013

**VIA FACSIMILE**

Hon. Judge Laura Taylor Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

Re:   In re Autohop Litigation, Case No. 12-cv-4155 (LTS) (KNF)

**MEMO ENDORSED**

Dear Judge Swain:

    Undersigned counsel represent defendants/counterclaim plaintiffs CBS Corporation, CBS Broadcasting Inc., CBS Studios Inc, and Survivor Productions, LLC (the "CBS Parties"), defendants/counterclaim plaintiffs ABC Inc., American Broadcasting Companies, Inc., and Disney Enterprises, Inc. ("the ABC Parties"), defendant/counterclaim plaintiff NBCUniversal Media, L.L.C., and plaintiff/counterclaim defendant DISH Network L.L.C. and counterclaim defendants DISH Network Corporation and EchoStar Technologies L.L.C. ("the DISH Parties") (collectively, "the Parties").

    We write to request approval from the Court of an agreed-upon modification of paragraph 1 of the Court's August 3, 2012 Pre-Trial Scheduling Order ("Scheduling Order"), as previously modified by joint letter of the Parties submitted on October 25, 2012 and endorsed by the Court on November 14, 2012.

    As modified by the Court's endorsement of the Parties' October 25 letter, paragraph 1 of the Scheduling Order provides that CBS Corporation may have until January 14, 2013 to apply to amend its counterclaims (as an exception to the general cut-off of November 30, 2012 for such amendments). The CBS Parties and the DISH Parties have now agreed to extend this deadline by an additional week, such that the CBS Parties may have until January 22, 2013 to apply to amend their counterclaims. The other Parties have also consented to this request.

    Based on the foregoing, we respectfully request that the Court endorse this letter, such that paragraph 1 of the Scheduling Order shall provide for the CBS Parties to have until January 22, 2013 to apply to amend their counterclaims.

Respectfully submitted,

Hannah M. Scott-Bumsted
Williams & Connolly LLP
725 12th Street, N.W.
Washington, DC 20008

*Counsel for the ABC Parties*

Elyse D. Echtman
Orrick Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019

*Counsel for the DISH Parties*

1/10/13:
Application granted.
SO ORDERED:
/Kevin Nathaniel Fox/
KEVIN NATHANIEL FOX, U.S.M.J.

1

WWW.BSFLLP.COM

BOIES, SCHILLER & FLEXNER LLP

*(signature)*
Hamish Hume
Boies Schiller & Flexner LLP
5301 Wisconsin Avenue N.W.
Washington, DC 20015

*Counsel for the CBS Parties*

*(signature)*
Jane G. Stevens
Mitchell Silberberg & Knupp LLP
12 East 49th Street
New York, NY 10017

*Counsel for NBCUniversal Media, L.L.C.*

cc:  All Counsel
     Magistrate Judge Kevin Nathaniel Fox

2