UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE AUTOHOP LITIGATION

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 1 8 2013

12 Civ. 4155 (LTS)(KNF)

## ORDER

The Court has received a motion from Public Knowledge seeking leave to file an amicus brief in opposition to ABC's motion for preliminary injunction. "The customary role of an amicus is to aid the court and offer insights not available from the parties." SEC v. Bear, Stearns & Co., No. 03 Civ. 2937(WHP), 2003 WL 22000340, at *5 (S.D.N.Y. Aug. 25, 2003) (internal quotation marks omitted). Thus, "[a]micus briefs should be accepted when a party is not represented competently or is not represented at all . . . or when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide. Otherwise, leave to file an amicus curiae brief should be denied." Hartford Fire Ins. Co. v. Expeditors Int'l of Washington, Inc., No. 10 Civ. 5643(KBF), 2012 WL 6200958, at *1 n.1 (S.D.N.Y. Dec. 11, 2012) (internal quotation marks omitted).

There is no question that Dish is adequately represented. The Court has also reviewed Public Knowledge's proposed amicus brief and finds that its arguments are, in substance, identical to those put forth by Dish in its opposition brief. The motion for leave to file an amicus brief is therefore denied. Public Knowledge's attorney's request for pro hac vice admission is denied for the same reason.

This Order terminates docket entries no. 161 and 162.

SO ORDERED.

Dated: New York, New York
January 18, 2013

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge