UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE AUTOHOP LITIGATION

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/13
```

ORDER

Master File
12 Civ. 4155 (LTS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

At the request of ABC, Inc., American Broadcasting Companies, Inc., Disney Enterprises, Inc., CBS Corporation, CBS Broadcasting Inc., CBS Studios Inc., Survivor Productions, L.L.C. and NBCUniversal Media, L.L.C., and with the consent of Dish Network L.L.C., Dish Network Corporation and EchoStar Technologies L.L.C., the settlement conference, scheduled previously for January 28, 2013, is cancelled. The parties shall, after a ruling on the outstanding motion for a preliminary injunction, confer and, thereafter, submit to the Court three (3) dates on which all parties will be available to attend a settlement conference.

Dated: New York, New York
        January 25, 2013

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE