UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DISH NETWORK L.L.C.,

        Plaintiff,

-against-

AMERICAN BROADCASTING COMPANIES, INC.,
CBS CORPORATION, the FOX ENTERTAINMENT
GROUP, INC., FOX TELEVISION HOLDINGS, INC.,
FOX CABLE NETWORK SERVICES, L.L.C., and
NBCUNIVERSAL MEDIA, L.L.C.,

        Defendants.
------------------------------------------------------------X

**ORDER**

12 Civ. 4155 (LTS)(KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/13

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       IT IS HEREBY ORDERED that a telephonic conference shall be held in the above-captioned action on February 4, 2013, at 2:00 p.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
       January 29, 2013

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE