# EXHIBIT 11





*Proprietary*

**ABC re:search**

# Digital Video Recorders: Adoption & Impact

## Rachel Mueller-Lust
### September 2004



ABC-00002252



## Agenda

**DVR: Adoption and Impact**

- Background, Purpose & Method
- Key Findings
- Implications & Conclusions

*Proprietary*

**ABC re:search**

ABC-00002253

# Assessing DVR Impact:
## The problem with existing research

- TiVo-centric
- Early Adopters
- Individual behavior
- The Why to the What




re:

**abc**

**sales**

*Proprietary*

**ABC re:search**

ABC-00002254



*Proprietary*

**ABC re:search**

ABC-00002255

# Assessing DVR Impact:
## An Ethnographic Approach

- Cable & TiVo
- Average Consumers
- Whole House





# ABC/ESPN Study Purpose

- Monitor non-early adopter households as they become accustomed to DVR technology

- Examine behaviors within the context of the household over a six month period

- Understand DVRs impact on TV viewing practices

- Observe the realities of DVR in relation to their pre-DVR TV viewing practices and attitudes

re: abc sales

*Proprietary*

ABC re:search

ABC-00002256



**ABC/ESPN Study Design**

- **The study was conducted for from February – August 2004 under supervision of** Horowitz Associates

- **Households were recruited from current cable subscribers in NY/NJ area to receive cable DVR or TiVo**

- **An ethnographic methodology was used**

*Proprietary*

**ABC re:search**

ABC-00002257



Proprietary

ABC re:search

ABC-00002258

# Ethnography Methodology

- **Anthropological**

  – 8 Multicultural Ethnographers:

  – Ph.D. in Sociology or Anthropology

- **Participant-observation employed to understand dimensions of participant's behavior**

  – Reveal *tacit* cultural knowledge not obtained in surveys

  – Most natural and unmediated view of TV/Viewer relationship

  – Nearly 1000 hours of observation

- **In-home visits were recorded by ethnographers in field notes, voice recordings and videotape**




# Sample Size

| | Recruited | Completed |
|---|---|---|
| **Cable DVR** | 117 | 50 |
| **TiVo** | 40 | 17 |
| **Total** | 157 | 67 |

*Proprietary*

**ABC re:search**

ABC-00002259





*Proprietary*

ABC re:search

ABC-00002260





# Key Findings



*Proprietary*

ABC re:search

# Acceptance and Rejection

- ## No significant age or technology bias
  - Main driver is importance of TV

- ## Installation difficulties limited acceptance
  - Bad experience with installer
  - Device conflict with furnishings; hi-end equipment
  - TiVo phone line; self-installation

- ## Ultimately, cost is a barrier
  - For average consumer, TV costs are already high



*Proprietary*

ABC re:search

# Consumption

- **Over half of households do not believe they watch more TV**

  – The DVR has not increased the time that remains in the day

  – Improved "viewing efficiency" – <u>more programs in less time</u>

- **About a third of households feel they watch *more* hours of TV**

  – Watching many new shows consistently

  – TV became more interesting so they set aside more time to watch

- Greatest impact is not more TV viewing, **but getting more out of TV viewing time and enjoying TV more**

ABC-00002262



re: sales

*Proprietary*

**ABC re:search**

ABC-0000263

# DVR Usage: Six Distinct Approaches

## Almost Real-Time / Short-Time Delay

➤ Purposely record a program to start it late, only to catch up to "live" by fast-forwarding through breaks

Describes a minority of viewers, some fitting the "early adopter" profile

Motivation is not always to skip ads

## Same Day, Different Time Shifting

➤ Record programs as they initially air and make certain to view them the same day

➤ Typically those who recorded by VCR, these viewers are not around when program is aired due to conflicts

➤ "Need" to see it before winners/losers are revealed, want to view before the next installment, or addicts

*Soaps, Talk, Reality*

## Weekend Warrior

➤ Use their weekends as a time to catch up on a weekly series

➤ Viewers attracted to semi-high profile shows with less "water-cooler" buzz

➤ Not concerned with same day viewing because they are under less pressure to be "in the know"

➤ Intent on viewing before the next installment

*Primetime Dramas*

# DVR Usage: Six Distinct Approaches

## Marathoning

- Gather and save large quantities of favorites and watch them in blocks, on weekends or over three days

- Generally entails fast-forwarding through breaks, and viewing entire segments

- "Second string" favorites they like but lack the time to watch regularly

*Daytime Talk, Syndicated, Cooking*

## Stockpiling

- Record favorites but do not view for long periods of time, if ever

- "Back-pocket" entertainment for themselves or other family members

- Insurance that they "can watch whatever, whenever, as often as they want"

*Movies, Children's, Syndicated*

## The Traveler's Approach

- Program to save piles of specific favorites to view upon returning from travel

- Distinct approaches to "catching up"
  - ✓ Chip away at stored episodes of a series
  - ✓ Watch only recorded programs until they have caught up

ABC re:search

*Proprietary*

ABC-00002264



# When do viewers prefer live TV?

## Many prefer live to recorded in certain cases

- **CHANNEL SURFERS**

*"I flip, I get frustrated. So now, rather than channel up or down, I put in the channel number…TiVo makes flipping too difficult – it is too slow."*

- **LIVE IS THE "PURE" WAY OF WATCHING**

*"Even with the DVR it's my instinct to let the show run if the phone rings. When I get back, I'll decide whether or not to rewind…I'm not gonna pause it…You can always catch up. It's like cheating time, almost."*

- **NEWS JUNKIES AND SPORTS FANS**

*"Sports are supposed to be watched live. I watch so many shows about sports… that it would be nearly impossible to avoid finding out who won the game."*

*Proprietary*

**ABC re:search**

ABC-00002265



re: abc sales

*Proprietary*

**ABC re:search**

# Commercial Avoidance & Viewing

- Several reasons for skipping commercials

  – Time management, relevance or lack thereof

    *"Now I only watch the commercials that I want to watch."*

  – A genuine dislike for ad content and frequency

- Some become more aware of ads

  – "Fast-Forwarders" are more attentive than before, particularly first/last pod position

    *"I don't think that the commercials are getting harmed by fast forwarding...It's like driving. When you drive you don't stop to read the billboards, but you see them."*



ABC re:search

*Proprietary*

ABC-00002267

## Commercial Avoidance & Viewing

- *A third of participants say they <u>do not skip ads</u>*

*"Sometimes it's too much work to fast forward. You have to pay close attention to when the commercials end to stop fast forwarding. I just let it play."*



# Network/Program Loyalty & Awareness

- **The DVR strengthens program loyalty and network awareness**

- **Viewers become more program oriented:**

  *"With the DVR, I never miss an episode of Law & Order…even the reruns."*

- **Network loyalty grows with program loyalty**

  – As viewers become more engaged in shows, their reliance on favorite networks is strengthened

  – Controlled sampling improves – no time constraints

*Proprietary*

ABC re:search



# Household Dynamics

- ## Resolving Conflict

  - Families are watching TV together more often and are spending more time together in the room with the DVR than they had in the past

  - Viewers can record and return to a program at any time, so families are more willing to give up the remote and negotiate programs for group viewing

- ## Creating Conflict

  - TiVo's inability to record more than one program while simultaneously viewing another program

  - Youth are finding inappropriate programs their parents would not like them to watch at odd hours

*Proprietary*

**ABC re:search**

ABC-0000269





*Proprietary*

**ABC re:search**

ABC-00002270

# Implications for TV Industry: What is Known and Future Speculation



**Proprietary**

**ABC re:search**

# Near-Term Implications

- Some viewers will not embrace DVRs

  – Many homes gave back the DVR even though it was free due to technical or other issues

  – Cost is a significant issue

  – Conflict with HDTV

- A single DVR may be enough for most homes, therefore not all the TVs in a home will have a DVR

- All DVR usage is not alike: TiVo and cable DVRs differ and so does the viewer experience

  – Program search functionality,

  – Recording 2 shows at once

ABC-00002271



# Near-Term Implications

- **Commercial skipping is NOT the primary impetus for DVRs**

  – Time management is the driving force

  – 30% say they _never_ avoid commercials

  – Over half the viewers say they avoid commercials _when time-shifting_

- **Programs that are viewed _live_ have lower commercial skipping**

  – Little observed _buffering_ (near live time-shifting) occurring

**Viewers will pay attention to commercials that they find appealing and relevant**

_Proprietary_

**ABC re:search**

ABC-00002272



# Future Speculation

**DVR penetration will be hampered initially, but will eventually approach appliance status among TV viewing homes:**

- Passionate TV watchers are passionate about DVR
- Technology and cost efficiency will improve
- DVR / HDTV conflict will fade
- Gen Y will demand this device

*Proprietary*

**ABC re:search**

ABC-00002273



**re:** **abc** **sales**

*Proprietary*

**ABC re:search**

ABC-00002274

# Future Speculation

*Good, relevant programming and branding will be even more powerful in a DVR environment :*

- Loyalty and controlled sampling likely to increase

- Strong TV brands can get stronger

- Audiences are qualified, more clearly defined

- TV becomes more relevant and random access

  – *Like Magazines?*



re: abc sales

*Proprietary*

**ABC re:search**

ABC-00002275

# Future Speculation

## *The :30 spot is not dead – even among DVR users:*

- Commercial avoidance, not the main impetus
- TV viewing behavior/enjoyment still quite passive
- "Live" TV still considered the norm
- Attentiveness improves with program loyalty
- Fast-Forwarders *more* aware than before
- Net Effective commercial exposure may increase
- Many people actually LIKE commercials!



**Future Speculation**

*For programmers, more than commercial avoidance, competition will be __the__ issue:*

- Least objectionable becomes most appealing
- Choice becomes almost endless
- Audiences will become even more fragmented

Programmers and advertisers alike must offer compelling and relevant content.

*Proprietary*

**ABC re:search**

ABC-00002276





*Proprietary*

**ABC re:search**

ABC-00002277

Thank You!





*Proprietary*

ABC re:search







ABC-00002278