# EXHIBIT 12

# REDACTED IN ITS ENTIRETY

EXHIBIT 13

WILLIAM A. MOLINSKI (SBN 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Tel: +1-213-629-2020 / Fax: +1-213-612-2499

ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105-2669
Tel: +1-415-773-5700 / Fax: +1-415-773-5759

E. JOSHUA ROSENKRANZ (*pro hac vice*)
jrosenkranz@orrick.com
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
ELYSE D. ECHTMAN (*pro hac vice*)
eechtman@orrick.com
LISA T. SIMPSON (*pro hac vice filed*)
lsimpson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019-6142
Tel: +1-212-506-5000 / Fax: +1-212-506-5151

MARK A. LEMLEY (SBN 155830)
mlemley@durietangri.com
MICHAEL PAGE (SBN 154913)
mpage@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, California 94111
Tel: +1-415-362-6666

Attorneys for Defendants DISH Network
Corporation and DISH Network L.L.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOX BROADCASTING COMPANY, INC., TWENTIETH CENTURY FOX FILM CORP., and FOX TELEVISION HOLDINGS. INC., <br><br> Plaintiffs, <br><br> v. <br><br> DISH NETWORK L.L.C. and DISH NETWORK CORP., <br><br> Defendants. | Case No. CV12-04529 DMG (SHx) <br><br> **DECLARATION OF IAN SAFFER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: September 21, 2012 <br> Time: 9:30 a.m. <br> Ctrm: 7 (2nd Floor) |

I, Ian Saffer, declare:

1.      I am an attorney with the firm Kilpatrick Townsend & Stockton LLP. I am outside trademark counsel to DISH Network L.L.C. and DISH Network Corp. ("DISH"). This declaration is based on my personal knowledge. I can testify about the facts stated competently if called upon to do so.

2.      I am informed and have verified through U.S. Patent and Trademark Office ("PTO") records that on February 4, 2011 DISH filed trademark applications for the mark PRIMETIME ANYTIME. The applications were filed on an Intent to Use ("ITU") basis and I understand that DISH had not at the time of filing offered goods or services to its subscribers under that mark. I am informed and understand that the launch of goods and services under that mark did not occur until over a year later—in March 2012. Two trademark applications were filed on February 4, 2011, one for goods in International Class 9 and one for services in International Class 38. True and correct copies of printouts of the applications from the PTO's TDR Document Viewer are attached hereto as **Exhibit 1**.

3.      It is customary in my practice when filing ITU applications to include the broadest possible description of goods and services that is consistent with the client's bona fide intention to use the mark. This is particularly true with ITU applications when the business plans for the marks are not finalized. Further, with cutting edge technology, a generally-accepted way to describe certain goods and services may not exist. I am informed by DISH that it was DISH's practice as well to include the broadest description of goods and services that is consistent with its bona fide intention to use the mark.

4.      On August 30, 2012, I submitted to the PTO on behalf of DISH a request to amend the description of services to remove "Broadcasting services and provision of telecommunications access to films and television programs provided via a video-on-demand services; Internet protocol television (IPTV) transmission services," from the International Class 38 description since the signatory on the

-1-

1   August 9, 2012 Statement of Use for that application recently was informed of

2   specific connotations these phrases have in the industry.  Attached hereto as

3   **Exhibit 2** is a true and correct copy of the email sent to the PTO Examiner

4   requesting amendment of that description.  Attached hereto as **Exhibit 3** is a true

5   and correct copy of the Examiner's amendment to the PRIMETIME ANYTIME

6   application in International Class 38 entering the requested amendment.

7        I declare under penalty of perjury under the laws of the United States that the

8   foregoing is true and correct.

9        Executed this 31st day of August, 2012, at Denver, Co           .

10

11

12   _____
                        Ian Saffer

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF IAN SAFFER
CASE NO. CV1204529 DMG (SHx)

# Exhibit 1

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 85234298
### Filing Date: 02/04/2011

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85234298 |
| **MARK INFORMATION** | |
| *****MARK** | Primetime Anytime |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | Primetime Anytime |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *****OWNER OF MARK** | DISH Network L.L.C. |
| *****STREET** | 9601 S. Merdian Blvd |
| *****CITY** | Englewood |
| *****STATE** (Required for U.S. applicants) | Colorado |
| *****COUNTRY** | United States |
| *****ZIP/POSTAL CODE** (Required for U.S. applicants only) | 80112 |
| **PHONE** | 303 723 1616 |
| **FAX** | 303 723 2588 |
| **EMAIL ADDRESS** | ipdept@dishnetwork.com |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | limited liability company |
| **STATE/COUNTRY WHERE LEGALLY** | |

EXHIBIT 1 - PAGE 3

| | |
|---|---|
| **ORGANIZED** | Colorado |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| | |
|---|---|
| **INTERNATIONAL CLASS** | 009 |
| **\*IDENTIFICATION** | digital video recorders; Electronic apparatus and devices for controlling access to pay-television services; Communications equipment, namely, signal frequency receivers; television receivers; video, and data distribution systems, namely, for transmitting audio, video, and data signals from a receiver to television system client devices; communications equipment, namely, set-top-boxes for receiving video programming; satellite receivers; |
| **FILING BASIS** | SECTION 1(b) |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Max S. Gratton |
| **ATTORNEY DOCKET NUMBER** | T2011-02-01 |
| **FIRM NAME** | DISH Network L.L.C. |
| **STREET** | 9601 S. Meridian Blvd. |
| **CITY** | Englewood |
| **STATE** | Colorado |
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 80112 |
| **PHONE** | 303 723 1616 |
| **FAX** | 303 723 2588 |
| **EMAIL ADDRESS** | ipdept@dishnetwork.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **OTHER APPOINTED ATTORNEY** | John T. Kennedy, Benjamin Roberts |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | Max S. Gratton |
| **FIRM NAME** | DISH Network L.L.C. |
| **STREET** | 9601 S. Meridian Blvd. |
| **CITY** | Englewood |

EXHIBIT 1 - PAGE 4

| STATE | Colorado |
|---|---|
| COUNTRY | United States |
| ZIP/POSTAL CODE | 80112 |
| PHONE | 303 723 1616 |
| FAX | 303 723 2588 |
| EMAIL ADDRESS | ipdept@dishnetwork.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Max S. Gratton/ |
| SIGNATORY'S NAME | Max S Gratton |
| SIGNATORY'S POSITION | Attorney of record, Colorado bar member |
| DATE SIGNED | 02/04/2011 |

EXHIBIT 1 - PAGE 5

PTO Form 1478 (Rev 9 2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 85234298**
**Filing Date: 02/04/2011**

## To the Commissioner for Trademarks:

**MARK:** Primetime Anytime (Standard Characters, see mark)
The literal element of the mark consists of Primetime Anytime.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, DISH Network L.L.C., a limited liability company legally organized under the laws of Colorado, having an address of

> 9601 S. Merdian Blvd
> Englewood, Colorado 80112
> United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009: digital video recorders; Electronic apparatus and devices for controlling access to pay-television services; Communications equipment, namely, signal frequency receivers; television receivers; video, and data distribution systems, namely, for transmitting audio, video, and data signals from a receiver to television system client devices; communications equipment, namely, set-top-boxes for receiving video programming; satellite receivers;

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
Max S. Gratton and John T. Kennedy, Benjamin Roberts of DISH Network L.L.C.

> 9601 S. Meridian Blvd.
> Englewood, Colorado 80112
> United States

The attorney docket/reference number is T2011-02-01.

The applicant's current Correspondence Information:

> Max S. Gratton
> DISH Network L.L.C.
> 9601 S. Meridian Blvd.
> Englewood, Colorado 80112
> 303 723 1616(phone)
> 303 723 2588(fax)
> ipdept@dishnetwork.com (authorized)

EXHIBIT 1 - PAGE 6

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Max S. Gratton/ Date Signed: 02/04/2011
Signatory's Name: Max S Gratton
Signatory's Position: Attorney of record, Colorado bar member

RAM Sale Number: 177
RAM Accounting Date: 02/07/2011

Serial Number: 85234298
Internet Transmission Date: Fri Feb 04 13:55:50 EST 2011
TEAS Stamp: USPTO/BAS-204.76.128.217-201102041355503
01105-85234298-4807ecf97f11880aa31bcb42a
647f8dba-DA-177-20110204134248529307

EXHIBIT 1 - PAGE 7

# Primetime Anytime

EXHIBIT 1 - PAGE 8

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 85234304
### Filing Date: 02/04/2011

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85234304 |
| **MARK INFORMATION** | |
| *MARK | Primetime Anytime |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Primetime Anytime |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | DISH Network L.L.C. |
| *STREET | 9601 S. Meridian Blvd |
| *CITY | Englewood |
| *STATE (Required for U.S. applicants) | Colorado |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 80112 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | limited liability company |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Colorado |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 038 |

EXHIBIT 1 - PAGE 9

| *IDENTIFICATION | Rental of set-top boxes for use with televisions; Satellite transmission services; Television transmission services; Transmission of radio and television programs by satellite; Broadcasting services and provision of telecommunication access to films and television programs provided via a video-on-demand service; Internet protocol television (IPTV) transmission services |
|---|---|
| FILING BASIS | SECTION 1(b) |

## ATTORNEY INFORMATION

| NAME | Max S. Gratton |
|---|---|
| ATTORNEY DOCKET NUMBER | T2011-02-02 |
| FIRM NAME | DISH Network L.L.C. |
| STREET | 9601 S. Meridian Blvd |
| CITY | Englewood |
| STATE | Colorado |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 80112 |
| PHONE | 303 723 1616 |
| FAX | 303 723 2588 |
| EMAIL ADDRESS | ipdept@dishnetwork.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| OTHER APPOINTED ATTORNEY | John T. Kennedy, Benjamin Roberts |

## CORRESPONDENCE INFORMATION

| NAME | Max S. Gratton |
|---|---|
| FIRM NAME | DISH Network L.L.C. |
| STREET | 9601 S. Meridian Blvd |
| CITY | Englewood |
| STATE | Colorado |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 80112 |
| PHONE | 303 723 1616 |
| FAX | 303 723 2588 |

EXHIBIT 1 - PAGE 10

| EMAIL ADDRESS | ipdept@dishnetwork.com |
|---|---|
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

### FEE INFORMATION

| NUMBER OF CLASSES | 1 |
|---|---|
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 325 |
| *TOTAL FEE PAID | 325 |

### SIGNATURE INFORMATION

| SIGNATURE | /Max S. Gratton/ |
|---|---|
| SIGNATORY'S NAME | Max S Gratton |
| SIGNATORY'S POSITION | Attorney of Record, Colorado bar member |
| DATE SIGNED | 02/04/2011 |

EXHIBIT 1 - PAGE 11

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 85234304**
**Filing Date: 02/04/2011**

## To the Commissioner for Trademarks:

**MARK:** Primetime Anytime (Standard Characters, see mark)
The literal element of the mark consists of Primetime Anytime.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, DISH Network L.L.C., a limited liability company legally organized under the laws of Colorado, having an address of
    9601 S. Meridian Blvd
    Englewood, Colorado 80112
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

    International Class 038: Rental of set-top boxes for use with televisions; Satellite transmission services; Television transmission services; Transmission of radio and television programs by satellite; Broadcasting services and provision of telecommunication access to films and television programs provided via a video-on-demand service; Internet protocol television (IPTV) transmission services
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant's current Attorney Information:
Max S. Gratton and John T. Kennedy, Benjamin Roberts of DISH Network L.L.C.
    9601 S. Meridian Blvd
    Englewood, Colorado 80112
    United States
The attorney docket/reference number is T2011-02-02.
The applicant's current Correspondence Information:
    Max S. Gratton
    DISH Network L.L.C.
    9601 S. Meridian Blvd
    Englewood, Colorado 80112
    303 723 1616(phone)
    303 723 2588(fax)
    ipdept@dishnetwork.com (authorized)

EXHIBIT 1 - PAGE 12

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /Max S. Gratton/   Date Signed: 02/04/2011
Signatory's Name: Max S Gratton
Signatory's Position: Attorney of Record, Colorado bar member


RAM Sale Number: 241
RAM Accounting Date: 02/07/2011

Serial Number: 85234304
Internet Transmission Date: Fri Feb 04 14:01:07 EST 2011
TEAS Stamp: USPTO/BAS-204.76.128.217-201102041401074
21544-85234304-480d97d3fd185113caace191a
e96179c6d7-DA-241-20110204135630394297

EXHIBIT 1 - PAGE 13

# Primetime Anytime

EXHIBIT 1 - PAGE 14

# Exhibit 2

**From:** Saffer, Ian [isaffer@kilpatricktownsend.com]
**Sent:** Thursday, August 30, 2012 12:38 PM
**To:** Baker, Jordan
**Subject:** RE: App. Serial No. 85234304 - PRIMETIME ANYTIME in Class 38

Thanks very much.

Ian

**Ian Saffer**
**Kilpatrick Townsend & Stockton LLP**
Suite 600 | 1400 Wewatta Street | Denver, CO  80202
office 303 607 3211 | fax 303 736 3947
isaffer@kilpatricktownsend.com | My Profile | vCard

**From:** Baker, Jordan [mailto:jordan.baker@USPTO.GOV]
**Sent:** Thursday, August 30, 2012 1:38 PM
**To:** Saffer, Ian
**Subject:** RE: App. Serial No. 85234304 - PRIMETIME ANYTIME in Class 38

Dear Mr. Saffer,

Thank you for the note. I will make the change by Examiner's Amendment and re-approve the file for registration.

Kind regards,

Jordan A. Baker
Trademark Examining Attorney
United States Patent and Trademark Office
Law Office 102
571-272-8844
jordan.baker@uspto.gov

**From:** Saffer, Ian [mailto:isaffer@kilpatricktownsend.com]
**Sent:** Thursday, August 30, 2012 3:32 PM
**To:** Baker, Jordan
**Subject:** App. Serial No. 85234304 - PRIMETIME ANYTIME in Class 38

App. Serial No. 85234304 - PRIMETIME ANYTIME in Class 38

Mr. Baker,

I write regarding the above-referenced application.  The Applicant would like to delete the following from the services description: "Broadcasting services and provision of telecommunication access to films and television programs provided via a video-on-demand service; Internet protocol television (IPTV) transmission services."  The signatory on the August 9, 2012 Statement of Use recently was informed of specific connotations those phrases have in the industry and that it would be more accurate to remove them.  I understand you can make this deletion via Examiner's Amendment.  After this deletion, the services description would be as follows:

Rental of set-top boxes for use with televisions; Satellite transmission services; Television transmission services; Transmission of radio and television programs by satellite.

Please proceed with the Examiner's Amendment or call or email with any comments or questions.  Thank you for your assistance.  Sincerely,

1

EXHIBIT 2 - PAGE 15

Ian



**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

**Ian Saffer**
**Kilpatrick Townsend & Stockton LLP**
Suite 600 | 1400 Wewatta Street | Denver, CO  80202
office 303 607 3211 | fax 303 736 3947
isaffer@kilpatricktownsend.com | My Profile | vCard

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

EXHIBIT 2 - PAGE 16

Exhibit 3

| To: | DISH Network L.L.C. (denverteas@kilpatricktownsend.com) |
|---|---|
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 85234304 - PRIMETIME ANYTIME - N/A |
| **Sent:** | 8/30/2012 3:40:40 PM |
| **Sent As:** | ECOM102@USPTO.GOV |
| **Attachments:** | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
#### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**APPLICATION SERIAL NO.**      85234304

**MARK**: PRIMETIME ANYTIME

**CORRESPONDENT ADDRESS**:
    Ian L. Saffer
    Kilpatrick Townsend & Stockton LLP
    1400 Wewatta Street, Suite 600
    Denver CO 80202

**APPLICANT**:      DISH Network L.L.C.

**CORRESPONDENT'S REFERENCE/DOCKET NO** :
N/A

**CORRESPONDENT E-MAIL ADDRESS**:
    denverteas@kilpatricktownsend.com

**\*85234304\***

**GENERAL TRADEMARK INFORMATION**
**http://www.uspto.gov/main/trademarks.ht**

## EXAMINER'S AMENDMENT

**ISSUE/MAILING DATE: 8/30/2012**

**APPLICATION HAS BEEN AMENDED:** In accordance with the authorization granted by Ian Saffer on August 30, 2012, the trademark examining attorney has amended the application as indicated below. Please advise the undersigned immediately of any objections. Otherwise, no response is necessary. TMEP §707. Any amendments to the identification of goods and/or services may clarify or limit the goods and/or services, but may not add to or broaden the scope of the goods and/or services. 37 C.F.R. §2.71(a); *see* TMEP §§1402.06 *et seq.*

### Amendment to Identification of Services

The identification of services is amended to read as follows: "Rental of set-top boxes for use with televisions; Satellite transmission services; Television transmission services; Transmission of radio and television programs by satellite", in Class 38. *See* TMEP §§1402.01, 1402.01(e).

EXHIBIT 3 - PAGE 17

/Jordan A. Baker/
Trademark Examining Attorney
Law Office 102
571-272-8844
jordan.baker@uspto.gov

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using Trademark Applications and Registrations Retrieval (TARR) at http://tarr.uspto.gov/. Please keep a copy of the complete TARR screen. If TARR shows no change for more than six months, call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/teas/eTEASpageE.htm.

EXHIBIT 3 - PAGE 18

| | |
|---|---|
| **To:** | DISH Network L.L.C. (denverteas@kilpatricktownsend.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 85234304 - PRIMETIME ANYTIME - N/A |
| **Sent:** | 8/30/2012 3:40:40 PM |
| **Sent As:** | ECOM102@USPTO.GOV |
| **Attachments:** | |

# IMPORTANT NOTICE REGARDING YOUR

# U.S. TRADEMARK APPLICATION

## USPTO LETTER (AN OFFICE ACTION) HAS ISSUED ON 8/30/2012 FOR

### SERIAL NO. 85234304

Please follow the instructions below:

**TO READ OFFICE LETTER:** Click on this **link** or go to **http://portal.uspto.gov/external/portal/tow** and enter the application serial number to **access** the Office letter

**PLEASE NOTE**: The Office letter may not be immediately available but will be viewable within 24 hours of this e-mail notification.

**HELP:** For *technical* assistance in accessing the Office correspondence, please e-mail **TDR@uspto.gov**. Please contact the assigned examining attorney with questions about the Office letter.

EXHIBIT 3 - PAGE 19