UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AUTOHOP LITIGATION<br><br>This Document Relates To:<br><br>Dish Network L.L.C. v. American Broadcasting Companies, Inc., et al., Civil Action No. 12-cv-4155 (LTS)(KNF) | MASTER FILE<br>12 Civ. 4155 (LTS)(KNF)<br><br>ECF CASE<br><br>MOTION FOR ADMISSION<br>*PRO HAC VICE* |

PURSUANT TO RULE 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, William J. Vigen, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants/Counterclaimants American Broadcasting Companies, Inc., ABC, Inc., and Disney Enterprises, Inc. in the above-captioned action.

I am a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:  February 14, 2013

Respectfully Submitted,

William J. Vigen
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Tel:  (202) 434-5000
Fax:  (202) 434-5029
wvigen@wc.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AUTOHOP LITIGATION<br><br>This Document Relates To:<br><br>Dish Network L.L.C. v. American Broadcasting Companies, Inc., et al., Civil Action No. 12-cv-4155 (LTS)(KNF) | MASTER FILE<br>12 Civ. 4155 (LTS)(KNF)<br><br>ECF CASE<br><br>ORDER FOR ADMISSION<br>*PRO HAC VICE* |

The motion of William J. Vigen for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia, and that his contact information is as follows:

> William J. Vigen
> Williams & Connolly LLP
> 725 Twelfth Street, NW
> Washington, DC 20005
> Tel:  (202) 434-5000
> Fax:  (202) 434-5029
> wvigen@wc.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants/Counterclaimants American Broadcasting Companies, Inc., ABC, Inc., and Disney Enterprises, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                        UNITED STATES DISTRICT JUDGE



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT WILLIAM JEFFERSON VIGEN IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING.  MR. VIGEN WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 16, 2009, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

Issued February 8, 2013

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

__WILLIAM  JEFFERSON  VIGEN__

was on the __4TH__ day of __OCTOBER, 2010__ duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 7, 2013.

JULIO A. CASTILLO
Clerk of the Court

By:  Deputy Clerk

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing MOTION FOR ADMISSION *PRO HAC VICE* was sent via email and first class mail, postage prepaid, this 14th day of February 2013, to:

Peter A. Bicks, Esq.
  pbicks@orrick.com
E. Joshua Rosenkranz, Esq.
  jrosenkranz@orrick.com
Elyse D. Echtman, Esq.
  eechtman@orrick.com
Lisa T. Simpson
  lsimpson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY  10019

Mark A. Lemley, Esq.
  mlemley@durietangri.com
Michael H. Page, Esq.
  mpage@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94104

J. Matthew Williams, Esq.
  mxw@msk.com
MITCHELL SILBERBERG & KNUPP LLP
1818 N Street, NW, 8th Floor
Washington, DC  20036

Annette L. Hurst, Esq.
  ahurst@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105

Jane G. Stevens, Esq.
  jgs@msk.com
Jeffrey M. Movit, Esq.
  jmm@msk.com
MITCHELL SILBERBERG & KNUPP LLP
12 East 49th Street, 30th Floor
New York, NY  10017

Robert H. Rotstein, Esq.
  rxr@msk.com
Patricia H. Benson, Esq.
  phb@msk.com
Jean Pierre Nogues, Esq.
  jpn@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064

Hamish P.M. Hume
   hhume@bsfllp.com
Boies, Schiller & Flexner LLP (D.C.)
5301 Wisconsin Avenue, N.W.
Suite 800
Washington, D.C. 20015

Jonathan David Schiller
   jschiller@bsfllp.com
Joshua Schiller
   jischiller@bsfllp.com
Boies, Schiller & Flexner LLP (NYC)
575 Lexington Avenue
New York, NY 10022

_____
William J. Vigen