UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AUTOHOP LITIGATION<br>This Document Relates To:<br>DISH Network L.L.C., 12 Civ. 4155 (LTS) (KNF) | MASTER FILE<br>12 Civ. 4155 (LTS) (KNF) |

**NOTICE OF MOTION OF DISH NETWORK LLC TO DISMISS
COUNT VII OF CBS CORPORATION'S AMENDED COUNTERCLAIMS**

PLEASE TAKE NOTICE that plaintiff/counterclaim defendant DISH Network L.L.C. ("DISH"), by its attorneys, Orrick Herrington & Sutcliff LLP, hereby moves this Court, before the Honorable Laura Taylor Swain at the Courthouse, 500 Pearl Street, New York, New York, Courtroom 11C, to dismiss Count VII of CBS Corporation's ("CBS") Amended Counterclaims under Federal Rules of Civil Procedure 12(b)(6) and 9(b).

PLEASE TAKE FURTHER NOTICE that, in support of this Motion, DISH has submitted the accompanying Memorandum of Law dated March 14, 2013; and the Declaration of Elyse D. Echtman dated March 14, 2013.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1(b), papers opposing this Motion, if any, are required to be served upon the undersigned no later than fourteen days after service of this Motion, and reply papers are required to be served no later than seven days after service of answering papers.

Pursuant to the Court's Individual Rules of Practice, counsel for DISH hereby certify that they have used their best efforts to meet and confer in writing and by telephone with counsel for CBS in order to try to informally resolve the matters raised by this Motion.

Dated: New York, New York
March 14, 2013

Respectfully submitted,

ORRICK HERRINGTON & SUTCLIFFE LLP

/s/ Peter A. Bicks

Peter A. Bicks
pbicks@orrick.com
Elyse D. Echtman
eechtman@orrick.com
Lisa T. Simpson
lsimpson@orrick.com
E. Joshua Rosenkranz
jrosenkranz@orrick.com
51 West 52nd Street
New York, New York 10019-6142
(212) 506-5000

Annette L. Hurst
ahurst@orrick.com
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
(415) 773-5700

Of Counsel:

Mark A. Lemley
mlemley@durietangri.com
Michael Page
MPage@durietangri.com
Durie Tangri LLP
217 Leidesdorff Street
San Francisco, California 94111
(415) 362-6666

*Attorneys for DISH Network Corporation, DISH Network L.L.C. and DISH Technologies L.L.C.*