# BOIES, SCHILLER & FLEXNER LLP

5301 WISCONSIN AVENUE N.W. • WASHINGTON DC 20015-2015 • PHONE 202.237.2727 • FAX 202.237.6131

March 21, 2013

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 22 2013

**VIA FACSIMILE**
Hon. Judge Laura Taylor Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. 10007-1312

MEMO ENDORSED

Re: *In re Autohop Litigation,* Case No. 12-cv-4155 (LTS) (KNF)

Dear Judge Swain:

We represent defendants/counterclaim plaintiffs CBS Corporation ("CBS"), CBS Broadcasting Inc., CBS Studios Inc, and Survivor Productions, LLC (the "CBS Parties") in the above-captioned matter. We write in accordance with paragraph 2(b)(iii) of Your Honor's Individual Practices, and to request a modest enlargement of the briefing schedule in response to the motion to dismiss Count VII of CBS Corporation's Amended Counterclaims.

On March 14, 2013, counterclaim-defendant DISH Network LLC ("DISH") moved to dismiss Count VII of CBS's Amended Counterclaims, which alleges that DISH fraudulently concealed material information from CBS during their negotiation of the January 5, 2012 Retransmission Agreement. Under Your Honor's Individual Practices, CBS is required to notify DISH if CBS intends to amend its complaint in response to the motion, or instead will oppose the motion without amendment. CBS intends to oppose the motion without amendment.

Under Local Civil Rule 6.1, the CBS opposition brief is currently due on April 1, 2013. Due to prior matters and travel scheduled by CBS counsel, CBS respectfully requests that the Court enlarge that deadline to April 11, 2013. Counsel for CBS has discussed this request with counsel for DISH, who has consented to the request so long as CBS will consent to DISH filing its reply brief on April 25, 2013. CBS consents to that enlargement of DISH's time for filing its reply brief. Thus, the parties are jointly requesting that the Court endorse the following briefing schedule on DISH's motion to dismiss Count VII of the CBS Amended Counterclaim:

CBS Opposition brief deadline: April 11, 2013
DISH reply brief: April 25, 2013

*The schedule is approved and the March 27, 2013 conference is marked off the calendar.*

Respectfully submitted,

Hamish Hume

**SO ORDERED:**

_____ 3/21/13
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: All Counsel
Magistrate Judge Kevin Nathaniel Fox

WWW.BSFLLP.COM