# BOIES, SCHILLER & FLEXNER LLP

575 LEXINGTON AVENUE • 7th FLOOR • NEW YORK, NY 10022 • PH. 212-446-2300 • FAX 212-446-2350



April 12, 2013

**BY HAND DELIVERY**

Clerk's Office
United States District Court
Southern District of New York
Quality Assurance and Statistic Unit
500 Pearl Street
New York, New York  10007



Re:   *In re AutoHop Litigation*, No. 12-CV-4155 (LTS) (KNF) (S.D.N.Y.)

Dear Sir or Madam:

In the above-referenced case, please take note that Docket No. 208 replaces Docket No. 206 to correct a non-substantive typographical error.

Respectfully submitted,

Joshua I. Schiller

cc:   Judge Swain (via hard copy)
Judge Fox (via hard copy)
Counsel for DISH (via PDF email)

i