UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AUTOHOP LITIGATION | MASTER FILE<br>12 Civ. 4155 (LTS)(KNF)<br><br>ECF CASE |
| This Document Relates To:<br><br>Dish Network L.L.C. v. American Broadcasting Companies, Inc., et al., Civil Action No. 12-cv-4155 (LTS)(KNF) | **MOTION OF HANNAH STOTT-BUMSTED TO WITHDRAW AS COUNSEL** |

Pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, undersigned counsel, Hannah Stott-Bumsted, moves this Court for leave to withdraw as counsel of record for ABC, Inc., American Broadcasting Companies, Inc., and Disney Enterprises, Inc. ("ABC") in the above-captioned matter. In support of such motion, undersigned counsel relies on the attached Declaration.

Dated: June 10, 2013                                        Respectfully submitted,


                                                            s/ Hannah Stott-Bumsted
                                                            Hannah Stott-Bumsted
                                                            Williams & Connolly LLP
                                                            725 Twelfth Street, NW
                                                            Washington, DC 20005
                                                            Telephone: (202) 434-5000
                                                            Facsimile: (2902) 434-5029
                                                            E-Mail: HStott-Bumsted@wc.com

                                                            *Attorney for ABC, Inc., American*
                                                            *Broadcasting Companies, Inc. and Disney*

*Enterprises, Inc.*