LAW OFFICES
# WILLIAMS & CONNOLLY
725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

THOMAS G. HENTOFF
(202) 569-8441
(202) 824-4190
THentoff@wc.com



July 25, 2013

**VIA FACSIMILE (212) 805-0426**

The Honorable Laura Taylor Swain
United States District Judge
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *In re AutoHop Litigation*, Master File No. 12 Civ. 4155 (LTS)(KNF)
     **This Document Relates to:** *DISH Network L.L.C. v. American
     Broadcasting Companies, Inc., et al.*, No. 12-cv-4155 (LTS)(KNF)

**Letter Seeking the Court's Approval for Supplemental Letter Briefing**

Dear Judge Swain:

    On behalf of ABC, Inc., American Broadcasting Companies, Inc., and Disney Enterprises, Inc. (the "ABC Parties"), we respectfully request the opportunity to submit a three-page supplemental letter brief to address the Ninth Circuit opinion in *Fox Broadcasting Co., Inc., et al. v. DISH Network L.L.C., et al.*, No. 12-57048, which was submitted to the Court yesterday by DISH Network L.L.C. ("DISH") with DISH's Notice of Supplemental Authority. The ABC Parties propose to submit their letter brief within three business days of this request or one business day after the Court's approval, whichever is later, and that DISH be permitted to submit a responsive letter brief of the same length within three business days of ABC's submission.

    Pursuant to Section A.1.a of Your Honor's Individual Practices, we have consulted with DISH regarding this request for supplemental letter briefing. DISH has informed us that it takes no position on the request—neither consenting nor objecting—but that it would like an opportunity to respond as proposed if the request is granted.

The Honorable Laura Taylor Swain
July 25, 2013
Page 2

Finally, we respectfully suggest that oral argument, which has been requested, *see* ECF No. 149, would be helpful to the Court in light of the Ninth Circuit's opinion.

We thank the Court for its consideration of this request and are available if the Court has any questions.

*The request for permission to provide supplemental submissions is granted.*

**SO ORDERED:**

*[signature] 7/26/13*
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*Thomas G. Hentoff [signature]*

Thomas G. Hentoff
Williams & Connolly LLP
725 12th Street, N.W.
Washington, DC 20005

*Counsel for the ABC Parties*

cc:   All Counsel (by facsimile)
      Magistrate Judge Kevin Nathaniel Fox (by facsimile)