UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

IN RE AUTOHOP LITIGATION

-------------------------------------------------------x
This document relates to

DISH NETWORK, L.L.C.,

        v.

AMERICAN BROADCASTING COMPANIES,
INC. et al.,

-------------------------------------------------------x

Master File
No. 12 Civ. 4155 (LTS)(KNF)

## ORDER

        The Court has issued an Opinion and Order in this case, dated September 18, 2013, which has been filed under seal. This Opinion and Order denies the motion for a preliminary injunction by American Broadcasting Companies, Inc. and denies DISH Network's motion to dismiss Count VII of CBS's Amended Counterclaims, resolving docket entry numbers 149 and 198. Because certain of the submissions in connection with the motions were marked confidential and filed under seal, the parties are hereby directed to make any specific requests, in writing, for redaction of any portions of the Opinion and Order to the Court by **Wednesday, September 25, 2013, at 5:00 p.m.**

        In making those specific requests, the parties should consider that there is a strong presumption of public access to judicial documents and proceedings that is rooted in both the common law and the First Amendment. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 119-120 (2d Cir. 2006). Under the common law, the Court must determine the weight of the presumption of access and "balance competing considerations against it." United States v. Amodeo, 71 F.3d 1044, 1050 (2d Cir. 1995). The First Amendment presumption of public access may be

overcome only "if specific, on the record findings are made demonstrating that closure is essential to preserve higher values and is narrowly tailored to serve that interest." Lugosch, 435 F.3d at 120 (quoting In re New York Times Co., 828 F.2d 110, 116 (2d Cir. 1987). Accordingly, the parties are hereby further directed to be as specific as possible in their redaction requests and to specify the legal basis or bases for each request. The redaction requests may be filed under seal, with courtesy copies provided for Chambers.

After the Court has considered the parties' redaction requests, it will file the Opinion and Order on the public ECF system, with any necessary redactions.

SO ORDERED.

Dated: New York, New York
September 18, 2013

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge