UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AUTOHOP LITIGATION | MASTER FILE<br>12 Civ. 4155 (LTS)(KNF) |
| This Document Relates To:<br><br>Dish Network L.L.C. v. American Broadcasting Companies, Inc., et al., Civil Action No. 12-cv-4155 (LTS)(KNF) | NOTICE OF APPEAL OF ABC, INC., AMERICAN BROADCASTING COMPANIES, INC., AND DISNEY ENTERPRISES, INC. |

     Notice is hereby given that ABC, Inc., American Broadcasting Companies, Inc. and Disney Enterprises, Inc., defendants and counterclaim-plaintiffs in the above-captioned action, hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order denying their motion for a preliminary injunction, which was entered in this action on September 18, 2013.

Dated: September 23, 2013

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By:     s/ Thomas G. Hentoff

Kevin T. Baine
Thomas G. Hentoff (admitted *pro hac vice*)
Stephen J. Fuzesi
Stanley E. Fisher (admitted *pro hac vice*)
William J. Vigen (admitted *pro hac vice*)
Julia H. Pudlin (admitted *pro hac vice*)

725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-Mail: thentoff@wc.com

*Attorneys for ABC, Inc., American Broadcasting Companies, Inc. and Disney Enterprises, Inc.*