Swain,␣.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE AUTOHOP LITIGATION | MASTER FILE |
|---|---|
| This Document Relates To: | 12 Civ. 4155 (LTS) (KNF) |
| DISH NETWORK L.L.C.. 12 Civ. 4155 (LTS) (KNF) | STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME |

OCT 0 4 2013

  Counterclaim Defendants DISH Network L.L.C. and EchoStar Technologies L.L.C. and Counterclaimants CBS Corporation, CBS Broadcasting, Inc., CBS Studios Inc., and Survivor Productions, LLC (collectively, "CBS") respectfully submit the following stipulation and proposed order to extend the Counterclaim Defendants' time to answer or otherwise respond to CBS's Amended Counterclaims in this action,

  WHEREAS, the Counterclaim Defendants filed a timely motion to dismiss Count VII of CBS's Amended Counterclaims on March 14, 2013, which was decided by this Court on September 18, 2013, and the Answer to CBS's Amended Counterclaims is presently due on Wednesday, October 2, 2013;

  WHEREAS, CBS consents to the Counterclaim Defendants' request for a short extension of time to respond to the Amended Counterclaims; and

  WHEREAS, the Counterclaim Defendants have not submitted any previous requests for an extension of time to respond to the Amended Counterclaims;

  **NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, and the Court hereby orders, as follows: The Counterclaim Defendants' time to answer and/or otherwise respond to CBS's Amended Counterclaims in this action is extended to and including Friday, October 4, 2013.

Dated: New York, New York
October 2, 2013

Respectfully submitted,

| ORRICK HERRINGTON & SUTCLIFFE LLP | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| *[signature]* | *[signature]* |
| Elyse D. Echtman | Hamish P.M. Hume |
| eechtman@orrick.com | hhume@bsfllp.com |
| 51 West 52nd Street | 5301 Wisconsin Ave., NW Suite 800 |
| New York, New York 10019-6142 | Washington, DC 20015 |
| (212) 506-5000 | (202) 237-2727 |
| *Attorneys for DISH Network L.L.C. and EchoStar Technologies L.L.C.* | *Attorneys for CBS Corporation, CBS Broadcasting, Inc., CBS Studios Inc., and Survivor Productions, LLC* |

**SO ORDERED**

Dated: 10/3/2013

*[signature]*
Hon. Laura T. Swain, U.S.D.J.