

# ORRICK



12/12/13

ORRICK, HERRINGTON & SUTCLIFFE LLP
51 WEST 52ND STREET
NEW YORK, NEW YORK 10019-6142

tel +1-212-506-5000
fax +1-212-506-5151

WWW.ORRICK.COM

December 11, 2013

Elyse D. Echtman
(212) 506-3753
eechtman@orrick.com

**VIA FACSIMILE**

The Honorable Kevin N. Fox
Chief United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



DEC 11 2013

Re:   *In re AutoHop Litigation*, Master File No. 12 Civ. 4155 (LTS) (KNF)
      **This Document Relates To**: *DISH Network L.L.C.*, No. 12 Civ. 4155 (LTS) (KNF)

Dear Judge Fox:

We write on behalf of DISH Network L.L.C., DISH Network Corporation and EchoStar Technologies L.L.C. (collectively the "DISH Parties") and ABC, Inc., American Broadcasting Companies, Inc., and Disney Enterprises, Inc. (collectively, the "ABC Parties"). The DISH Parties and the ABC Parties have a settlement conference scheduled with the Court on December 18, 2013. We write to request that the settlement conference be taken off of the calendar at this time to allow the parties to continue to devote their efforts to their ongoing discussions involving the potential resolution of this action.

The DISH Parties and the ABC Parties have been engaged in discussions in connection with the renegotiation of their bundle of agreements, which include but are not limited to the 2005 Retransmission Consent Agreement between DISH Network L.L.C and ABC, Inc. at issue in this case. The issues to be resolved between the DISH Parties and ABC Parties extend beyond the issues in this litigation and are fairly complex. Senior executives for both parties are directly engaged in these discussions. At this stage of the discussions, it would be somewhat of a distraction for a senior DISH executive with settlement authority to travel to New York from Denver for an in-court settlement conference.

12/12/13

*The settlement conference scheduled previously for December 18, 2013, is adjourned, sine die. The parties shall advise the Court, in a joint writing, on or before January 6, 2014, of three dates in February 2014, when all parties will be available to attend a settlement conference.*

SO ORDERED:
/s/ Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.


ORRICK

The Honorable Kevin N. Fox
December 11, 2013
Page 2

    For the foregoing reasons, the DISH Parties and the ABC Parties respectfully request that the December 18, 2013 settlement conference be postponed. If no resolution is reached between the parties by the end of 2013, they propose in early January to submit three dates to the Court for a conference to be scheduled in February 2014.

                                      Respectfully submitted,

                                      Elyse D. Echtman

cc:    counsel of record (via e-mail)