# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AUTOHOP LITIGATION | MASTER FILE<br>12 Civ. 4155 (LTS)(KNF)<br><br>[PROPOSED] FOURTH REVISED<br>PRE-TRIAL SCHEDULING ORDER |
| This Document Relates To:<br><br>All Actions | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 12/23/13 |

**KEVIN N. FOX, CHIEF UNITED STATES MAGISTRATE JUDGE:**

A pre-trial conference was held in this matter on August 3, 2012, and Pre-Trial Scheduling Order No. 1 (ECF No. 103) was entered that same day. Pursuant to the Order of Reference to a Magistrate Judge (ECF No. 104) entered on August 3, 2012, this action was referred to Magistrate Judge Kevin N. Fox for general pre-trial supervision, including scheduling and discovery. A Revised Pre-Trial Scheduling Order was entered on March 4, 2013 (ECF No. 194), a Second Revised Pre-Trial Scheduling Order was entered on May 7, 2013 (ECF No. 213), and a Third Revised Pre-Trial Scheduling Order was entered on September 10, 2013 (ECF No. 226). The following provisions of Pre-Trial Scheduling Order No. 1, as amended by the Third Revised Pre-Trial Scheduling Order, shall be revised as follows, and all other provisions of Scheduling Order No. 1 shall remain in force:

Paragraph 2, Discovery:

c.  All non-expert witness discovery in this matter must be completed by **August 5, 2014.**

d.  Each party must make its expert witness disclosures described in Rule 26(a)(2) of the Federal Rules of Civil Procedure concerning expert(s), if any, to be offered on issues as to which such party has the burden of proof, by **August 29, 2014.** Rule 26(a)(2) Expert Disclosures on a Party's Defenses and Rebuttal Expert Disclosures must be made by **September 29, 2014.** Reply Expert Disclosures must be made by **October 20, 2014.**

e.  All expert witness discovery must be completed by **November 19, 2014.**

Paragraph 5. Dispositive Pre-Trial Motions:

Dispositive motions, if any, seeking resolution, in whole or in part, of the issues to be raised at trial must be served and filed on or before **December 19, 2014.**

Paragraph 6. Other Pre-Trial Motions:

a.  Any Daubert motion practice must be initiated on or before **February 13, 2015.**

b.  Other Motions, including but not limited to non-Daubert motions in limine relating to evidentiary issues, must be filed and served on or before **March 13, 2015.**

Paragraph 7. Joint Final Trial Report:

The Joint Final Trial Report covering the matters enumerated in subdivision IV.C. and IV.D. of the Pilot Project Description must be filed, with one courtesy copy provided for Chambers, on or before **March 18, 2015.**

Paragraph 9. Final Pre-Trial Conference:

The parties are directed to appear before the assigned district judge in Courtroom No. 17 [KNF US.M.J.] 17C, 500 Pearl Street, New York, NY 10007, for a final pre-trial conference on April [X], 2015, at 10:00 a.m. The parties must be trial-ready by this conference date.

Dated: December 20, 2013

*Hamish Hume /MCF*
Hamish Hume
Boies Schiller & Flexner LLP
5301 Wisconsin Avenue N.W.
Washington DC 20015

*Counsel for the CBS Parties*

SO ORDERED: 12/23/13
*Kevin Nathaniel Fox*
Hon. Kevin Nathaniel Fox
United States Magistrate Judge

Respectfully submitted,

*Kevin T. Baine*
Kevin T. Baine
Williams & Connolly LLP
725 12th Street, N.W.
Washington, DC 20008

*Counsel for the ABC Parties*

*Elyse D. Echtman*
Elyse D. Echtman
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019

*Counsel for the DISH Parties*

2