

**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
51 WEST 52ND STREET
NEW YORK, NEW YORK 10019-6142

tel +1-212-506-5000
fax +1-212-506-5151
WWW.ORRICK.COM

JAN - 1 2014

January 7, 2014

Elyse D. Echtman
(212) 506-3753
eechtman@orrick.com

*VIA FACSIMILE*

The Honorable Kevin N. Fox
Chief United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:   *In re AutoHop Litigation*, Master File No. 12 Civ. 4155 (LTS) (KNF)
      **This Document Relates To:** *DISH Network L.L.C.*, No. 12 Civ. 4155 (LTS) (KNF)

Dear Judge Fox:

We write on behalf of DISH Network L.L.C., DISH Network Corporation and EchoStar Technologies L.L.C. (collectively the "DISH Parties") and ABC, Inc., American Broadcasting Companies, Inc., and Disney Enterprises, Inc. (collectively, the "ABC Parties"). The DISH Parties and the ABC Parties had a settlement conference scheduled with the Court on December 18, 2013, which was adjourned *sine die* to allow the parties to continue to devote their efforts to their discussions involving the potential resolution of this action. Those discussions are still ongoing.

In accordance with the Court's order of December 12, 2013, the DISH Parties and the ABC Parties hereby advise the Court that all parties are available to attend a settlement conference on the following dates in February 2014: February 19, 20, 21 or 24. However, the parties jointly request that the settlement conference be continued to April 2014, and are available to attend a settlement conference on the following dates in April: April 2, 3, 10 or 11. We attempted to fax this letter to the Court yesterday evening to comply with the January 6, 2014 deadline, but repeated transmission attempts failed to go through.

1/8/14
A settlement conference with the parties shall be held on April 2, 2014, at 10:30 a.m.
        SO ORDERED:
        *Kevin Nathaniel Fox*
        KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully submitted,

*Elyse D. E[signature]*

Elyse D. Echtman

cc:   counsel of record (via e-mail)