**MANDATE**

N.Y.S.D. Case #
12-cv-4155(LTS)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of March, two thousand and fourteen.

Before:      Richard C. Wesley,
                     *Circuit Judge*.
_____

In Re: Autohop Litigation
*********************************************
DISH Network L.L.C.,

Plaintiff-Consolidated Defendant-Counter Defendant-Appellee,

              v.

American Broadcasting Companies, Inc., ABC, Inc., Disney Enterprises, Inc.,

Defendants-Counter Claimants-Appellants.
_____

**ORDER**
Docket No. 13-3573

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 05, 2014

    The parties jointly move for voluntary dismissal of this appeal, pursuant to FRAP 42(b).

    IT IS HEREBY ORDERED that the motion is GRANTED. Each party shall bear its own expenses and costs, including attorneys' fees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/05/2014