USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 6 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AUTOHOP LITIGATION | MASTER FILE<br>12 Civ. 4155 (LTS)(KNF) |
| This Document Relates To:<br><br>DISH Network L.L.C. v. American Broadcasting Companies, Inc., et al., Civil Action No. 12-cv-4155 (LTS)(KNF) | STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

1. American Broadcasting Companies, Inc., ABC, Inc., and Disney Enterprises, Inc. ("the ABC Parties") and DISH Network L.L.C., DISH Network Corporation, and EchoStar Technologies L.L.C. ("the DISH Parties") hereby stipulate to the dismissal without prejudice of all claims and counterclaims asserted in this action by the ABC Parties against the DISH Parties.

2. DISH Network L.L.C. and the ABC Parties hereby stipulate to the dismissal without prejudice of all claims asserted in this action by DISH Network L.L.C. against the ABC Parties.

3. The ABC Parties and the DISH Parties will bear their own expenses and costs, including attorneys' fees.

4. CBS Corporation, CBS Broadcasting Inc., CBS Studios Inc., and Survivor Productions LLC ("the CBS Parties") consent to this stipulation.

Dated: March 4, 2014

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Peter A. Bicks
E. Joshua Rosenkranz
Elyse D. Echtman
51 West 52nd Street
New York, New York 10019
(212) 506-5000
E-Mail: pbicks@orrick.com

*Attorneys for DISH Network L.L.C., DISH Network Corporation, and EchoStar Technologies L.L.C.*

BOIES, SCHILLER & FLEXNER LLP

By: _____
Jonathan D. Schiller
Joshua I. Schiller
575 Lexington Avenue, 7th Floor
New York, New York 10022
(212) 446-2300
E-Mail: jschiller@bsfllp.com

Hamish P.M. Hume
5301 Wisconsin Avenue, NW, Suite 800
Washington, DC 20015
(202) 237-2727

*Attorneys for CBS Corporation, CBS Broadcasting Inc., CBS Studios Inc., and Survivor Productions LLC*

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: _____
Kevin T. Baine
Thomas G. Hentoff (admitted *pro hac vice*)
Stanley E. Fisher (admitted *pro hac vice*)
William J. Vigen (admitted *pro hac vice*)
Julia H. Pudlin (admitted *pro hac vice*)
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
E-Mail: kbaine@wc.com

*Attorneys for ABC, Inc., American Broadcasting Companies, Inc., and Disney Enterprises, Inc.*

**SO ORDERED.**

Dated: 3/6/14

THE HONORABLE LAURA T. SWAIN
UNITED STATES DISTRICT JUDGE