UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
IN RE AUTOHOP LITIGATION
------------------------------------------------------X
This document relates to

DISH NETWORK, L.L.C.,

          v.

AMERICAN BROADCASTING
COMPANIES, INC., et al.
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/14
```

**ORDER**

Master File

12 Civ. 4155 (LTS) (KNF)

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on March 19, 2014, at 10:00 a.m. Counsel to the plaintiff shall initiate the call to (212) 805-6705.

Dated: New York, New York
       March 12, 2014

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE