

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE AUTOHOP LITIGATION

This Document Relates To:

DISH Network L.L.C., 12 Civ. 4155 (LTS)(KNF)

12 Civ. 4155 (LTS) (KNF)

**JOINT STIPULATION RE: MOTIONS TO COMPEL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff-Counterclaim Defendant DISH Network L.L.C. and Counterclaim Defendant EchoStar Technologies L.L.C. (collectively, "the DISH Parties") and Defendant-Counterclaimant CBS Corporation and Counterclaimants CBS Broadcasting Inc., CBS Studios Inc., and Survivor Productions, LLC (collectively, "the CBS Parties"), that, in accordance with the parties' joint letter to Magistrate Judge Fox dated February 20, 2014, requesting leave to submit conventional briefs on the parties' contemplated motions to resolve discovery disputes, pursuant to Fed. R. Civ. P. 37, and the telephone conference held before Magistrate Judge Fox on March 19, 2014 during which such leave was granted, the parties agree to the following briefing schedule:

1. The due date for the DISH Parties and the CBS Parties to serve their moving briefs is April 11, 2014;

2. Opposition briefs shall be served on or before April 25, 2014; and

3. Reply briefs, if any, shall be served on or before April 30, 2014.

This stipulation is without prejudice to the parties raising any other discovery disputes with the Court at a later date or upon a different schedule.

Dated: New York, New York
       March 28, 2014

Respectfully submitted,

| ORRICK HERRINGTON & SUTCLIFFE LLP | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| *(signed)* Elyse D. Echtman | *(signed)* Joshua I. Schiller |
| Elyse D. Echtman | Joshua I. Schiller |
| eechtman@orrick.com | jischiller@bsfllp.com |
| 51 West 52nd Street | 575 Lexington Avenue, 7th Floor |
| New York, New York 10019-6142 | New York, New York 10022 |
| (212) 506-5000 | (212) 446-2300 |
| *Attorneys for DISH Network L.L.C. and EchoStar Technologies L.L.C.* | *Attorneys for CBS Corporation, CBS Broadcasting, Inc., CBS Studios Inc., and Survivor Productions, LLC* |

**SO ORDERED**

Dated: 4/1/14

_____
Hon. Kevin N. Fox, U.S.M.J.

2