

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE AUTOHOP LITIGATION

This Document Relates To:

DISH Network L.L.C., 12 Civ. 4155 (LTS)(KNF)

12 Civ. 4155 (LTS) (KNF)

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME**

---

Plaintiff-Counterclaim Defendant DISH Network L.L.C. and Counterclaim Defendant EchoStar Technologies L.L.C. (collectively, "the DISH Parties") and Defendant-Counterclaimant CBS Corporation and Counterclaimants CBS Broadcasting Inc., CBS Studios Inc., and Survivor Productions, LLC (collectively, "the CBS Parties") respectfully submit the following stipulation and proposed order to extend the parties' briefing schedule for their respective motions to compel,

WHEREAS, the Court "so ordered" the parties' joint stipulation setting the briefing schedule for motions to compel on April 1, 2014 (ECF No. 245) (the "Joint Stipulation and Order");

WHEREAS, the parties' respective moving papers have already been served and filed with the Court;

WHEREAS, pursuant to the Joint Stipulation and Order, the parties' opposition briefs are due to be served on or before April 25, 2014, and reply briefs are due to be served on or before April 30, 2014;

WHEREAS, the DISH Parties have requested a one-week extension of the briefing schedule, to which the CBS Parties have consented;

WHEREAS, neither party has previously requested an extension of time regarding this briefing schedule;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, and the Court hereby orders, as follows:

1. Opposition briefs shall be served on or before May 2, 2014; and

2. The parties anticipate the need for a reasonable extension of time for serving reply briefs, and shall agree on a deadline for serving reply briefs after opposition briefs are served, *and advise the Court of that deadline.*

Dated: New York, New York
April 24, 2014

Respectfully submitted,

ORRICK HERRINGTON & SUTCLIFFE LLP

_____
Elyse D. Echtman
eechtman@orrick.com
51 West 52nd Street
New York, New York 10019-6142
(212) 506-5000

*Attorneys for DISH Network L.L.C. and EchoStar Technologies L.L.C.*

BOIES, SCHILLER & FLEXNER LLP

_____
Joshua I. Schiller
jischiller@bsfllp.com
575 Lexington Avenue, 7th Floor
New York, New York 10022
(212) 446-2300

*Attorneys for CBS Corporation, CBS Broadcasting, Inc., CBS Studios Inc., and Survivor Productions, LLC*

**SO ORDERED**

Dated: 4/25/14

_____
Hon. Kevin N. Fox, U.S.M.J.

2