AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| DISH Network, L.L.C. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 12-CV-4155 |
| American Broadcasting Companies, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CBS Corporation, CBS Studios Inc., Survivor Productions LLC and CBS Broadcasting Inc.     .

Date:  05/12/2014

/s/ Gary R. Studen
*Attorney's signature*

Gary R. Studen, GS1077
*Printed name and bar number*

575 Lexington Avenue, 7th Floor
New York, NY 10022

*Address*

gstuden@bsfllp.com
*E-mail address*

(212) 446-2300
*Telephone number*

(212) 446-2350
*FAX number*

Print     Save As...     Reset