UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
IN RE: AUTOHOP LITIGATION  :   **ORDER**
:   12-CV-4155 (LTS)(KNF)
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

On April 25, 2014, the Court approved the parties' stipulation and proposed order extending, to May 2, 2014, the time to serve their respective opposition briefs to any motion to compel that had already been served. (Docket Entry No. 259). The stipulation also provided: "The parties anticipate the need for a reasonable extension of time for serving reply briefs, and shall agree on a deadline for serving reply briefs after opposition briefs are served, and advise the Court of that deadline." (Docket Entry No. 259). By a letter, dated June 16, 2014, CBS Broadcasting Inc., CBS Studios Inc. and Survivor Productions, LLC informed the Court that "the parties are unable to provide the Court with a date certain by when reply briefs will be filed."

It is ORDERED that, on or before July 9, 2014, the parties' replies to the motions to compel shall be served and filed. No further extension of time concerning the parties' motions to compel will be granted absent a showing of good cause.

Dated: New York, New York
       June 25, 2014                SO ORDERED:

                                    KEVIN NATHANIEL FOX
                                    UNITED STATES MAGISTRATE JUDGE