August 19, 2014

**VIA ECF**

The Honorable Laura T. Swain
United States District Judge
United Sates District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *In re AutoHop Litigation*, Master File No. 12 Civ. 4155 (LTS)(KNF)
     **This document relates to:** *DISH Network L.L.C.*, No. 12 Civ. 4155 (LTS)(KNF)

Dear Judge Swain:

The parties to the above-captioned case are filing today the Joint Preliminary Trial Report (the "Report") as directed by the Court's Pre-Trial Scheduling Order (the "Scheduling Order") (Dkt. No. 103) and Section IV of the Pilot Project Regarding Case Management Techniques for Complex Civil Cases. The Scheduling Order requires that, at the time the Report is filed, the parties make a written request to the Court to schedule a Case Management Conference. The parties hereby respectfully request the Court schedule a date for the conference. The parties have conferred and request that the conference be scheduled during the week of September 8, 2014, or a date as soon thereafter as the Court has available.

Respectfully submitted,

Elyse D. Echtman
eechtman@orrick.com
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, New York 10019-6142
(212) 506-5000

*Attorneys for DISH Network L.L.C. and EchoStar Technologies L.L.C.*

Joshua I. Schiller
jischiller@bsfllp.com
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
(212) 446-2300

*Attorneys for CBS Corporation, CBS Broadcasting, Inc., CBS Studios Inc., and Survivor Productions, LLC*

cc:  All counsel (via ECF)
     Magistrate Judge Fox (via facsimile)