UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
IN RE: AUTOHOP LITIGATION      :     **ORDER**

:     12-CV-4155 (LTS)(KNF)
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

By a letter, dated September 18, 2014, the parties requested: (1) an extension of time to complete certain pre-trial activities; and (2) "that, due to [the] confidential nature of the contract negotiations discussed herein, the Court assign this letter confidential treatment." The Court finds that good cause exists to extend the time to complete certain pre-trial activities as follows:

Rebuttal expert disclosure and reports must be completed by November 21, 2014.

All expert witness discovery must be completed by December 5, 2014.

Any <u>Daubert</u> motion must be served and filed on or before January 5, 2015.

Any <u>in limine</u> motion must be served and filed on or before January 20, 2015.

The joint final trial report must be filed on or before April 30, 2015.

On or before September 29 2014, the parties shall submit to the Court a joint request for redaction of the September 18, 2014 letter, indicating specifically what portion(s) they seek to have redacted and the legal basis for the redaction(s).

Dated: New York, New York
        September 24, 2014

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE