UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                              :

IN RE: AUTOHOP LITIGATION                MEMORANDUM AND ORDER

                              :                          12-CV-4155 (LTS)(KNF)

------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The First Amendment's presumptive right to public access that applies to judicial decisions militates against sealing same unless the presumption is overcome by "specific on-the-record findings that sealing is necessary to preserve higher values and only if the sealing order is narrowly tailored to achieve that aim." <u>Lugosch v. Pyramid Co. of Onondaga</u>, 435 F.3d 110, 124 (2d Cir. 2006). The Court's September 24, 2014 determinations of the parties' motions, Docket Entry No. 250 (granted in part), Docket Entry No. 253 (granted) and Docket Entry No. 256 (granted), have been filed under seal, temporarily, to provide the parties an opportunity to show whether redacting the Court's determinations is warranted.

      Accordingly, on or before September 29, 2014, the parties shall submit a joint request for redaction of any portion of the Court's determinations of the above-referenced motions, if warranted, specifying the legal basis for each requested redaction.

Dated: New York, New York
       September 24, 2014                     SO ORDERED:

                                                           /s/ Kevin Nathaniel Fox
                                                           KEVIN NATHANIEL FOX
                                                           UNITED STATES MAGISTRATE JUDGE