UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 6 2014

IN RE AUTOHOP LITIGATION                    12CV4155-LTS-KNF

---

ORDER

Defendants/Counterclaim-Plaintiffs CBS Corporation, CBS Broadcasting Inc., CBS Studios Inc., and Survivor Productions, LLC (collectively, "CBS") have requested that this Court stay the November 10, 2014, deadline for production of certain discovery set forth in Magistrate Judge Kevin N. Fox's November 5, 2014, order, pending this Court's resolution of CBS' objections to Judge Fox's three pertinent decisions dated September 24, 2014 (Docket Entry Nos. 309, 310 and 311).

The Court directs that, by **Friday, November 7, 2014, at 12:00 p.m.**, Plaintiff/Counterclaim-Defendant DISH Network L.L.C. and Counterclaim-Defendant EchoStar Technologies LLC (collectively, "DISH") shall file any opposition that it wishes to proffer in response to CBS' request for a stay, providing a courtesy copy to chambers.

SO ORDERED.

Dated:     New York, New York
           November 6, 2014

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            United States District Judge